## EXHIBIT A

### DON D'MATO

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Sony Music Entertainment Inc. | Nas | One Mic | Stillmatic | 305-698 |
| Virgin Records America, Inc. | Shaggy | Boombastic | Boombastic | 222-048 |
| Warner Bros. Records Inc. | Van Halen | Top Jimmy | 1984 (MCMLXXXIV) | 52-319 |
| Arista Records, Inc. | Avril Lavigne | Losing Grip | Let Go | 312-786 |
| UMG Recordings, Inc. | Bon Jovi | Livin' on a Prayer | Slippery When Wet | 71-794 |
| Sony Music Entertainment Inc. | Mariah Carey | Always Be My Baby | Daydream | 215-243 |



**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

New search | Download | Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Manda@KaZaA | kmd172_en.exe | Sharman Networks Ltd | 3,760KB | Software |
| Manda@KaZaA | 112-matchbox_20_-_3_am-twc.mp3 | matchbox 20 | 5,311KB | Audio |
| Manda@KaZaA | 08 - Metallica - Cure.mp3 | Metallica | 4,598KB | Audio |
| Manda@KaZaA | 13 - Fixxxer.mp3 | Metallica | 7,740KB | Audio |
| Manda@KaZaA | 13 - Metallica - Ronnie.mp3 | Metallica | 4,958KB | Audio |
| Manda@KaZaA | Metallica - Tuesdays Gone.mp3 | Metallica | 7,991KB | Audio |
| Manda@KaZaA | Fleetwood Mac - Seven Wonders.mp3 | Fleetwood Mac | 3,506KB | Audio |
| Manda@KaZaA | Fleetwood Mac - Hold Me.mp3 | Fleetwood Mac | 7,069KB | Audio |
| Manda@KaZaA | Guns N_Roses - Anything Goes.mp3 | Guns and Roses | 5,644KB | Audio |
| Manda@KaZaA | 07 - Metallica - Bleeding Me.mp3 | Metallica | 7,751KB | Audio |
| Manda@KaZaA | 06.Whiplash.mp3 | Metallica | 2,910KB | Audio |
| Manda@KaZaA | kmd210_en.exe | Sharman Networks Ltd | 3,974KB | Software |
| Manda@KaZaA | Comedy - Adam Sandler - Fuck the Macarena.mp3 | Adam Sandler | 2,242KB | Audio |
| Manda@KaZaA | Mr._Cee - Cha Cha Slide.mp3 | Casper | 5,922KB | Audio |
| Manda@KaZaA | Hootie and the Blowfish - Hold My Hand.mp3 | Hootie And The Blowfish | 4,710KB | Audio |
| Manda@KaZaA | INXS - Devil Inside.mp3 | INXS | 4,868KB | Audio |
| Manda@KaZaA | Unloco - Texas.mp3 | Unloco | 4,799KB | Audio |
| Manda@KaZaA | B.G. - Gizzle-Track15.mp3 | B.G. | 7,743KB | Audio |
| Manda@KaZaA | Kittie_Do you think i am a whore.mp3 | Kittie | 4,266KB | Audio |
| Manda@KaZaA | 10-kittie-no_name-vile.mp3 | Kittie | 3,182KB | Audio |

Found 1386 files.

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Manda@KaZaA | 10-kittie-no_name-vile.mp3 | Kittie | 3,182KB | Audio |
| Manda@KaZaA | 05-kittie-run_like_hell-vile.mp3 | Kittie | 5,842KB | Audio |
| Manda@KaZaA | Papa Roach - Last_Resort.mp3 | Papa Roach | 3,903KB | Audio |
| Manda@KaZaA | R (1).mp3 | R. Kelly | 4,431KB | Audio |
| Manda@KaZaA | Sugar Cult - Hate Every Beautiful Day.mp3 | Sugarcult | 3,223KB | Audio |
| Manda@KaZaA | Blink 182 - Carousel.mp3 | Blink 182 | 7,626KB | Audio |
| Manda@KaZaA | Garth Brooks - The Dance.mp3 | Garth Brooks | 3,716KB | Audio |
| Manda@KaZaA | ZZ Top - Sleeping Bag.mp3 | ZZ Top | 4,756KB | Audio |
| Manda@KaZaA | Less Than Jake - Last Hour Of The Last Day Of Work.mp3 | Less Than Jake | 4,618KB | Audio |
| Manda@KaZaA | shakira - Whatever Whenever (english version).mp3 | Shakira | 3,842KB | Audio |
| Manda@KaZaA | Mudvayne - Dig (1).mp3 | Mudvayne | 3,886KB | Audio |
| Manda@KaZaA | Mudvayne - Weedvine.mp3 | Mudvayne | 2,580KB | Audio |
| Manda@KaZaA | Pitiful.mp3 | Blindside | 3,041KB | Audio |
| Manda@KaZaA | (11) Fabolous - Into You ft. Ashanti.wma | Fabolous | 2,703KB | Audio |
| Manda@KaZaA | Shakira - Underneath Your Clothes.mp3 | Shakira | 6,622KB | Audio |
| Manda@KaZaA | Evanescence - Lies (Remix) (1).mp3 | Evanescence | 2,915KB | Audio |
| Manda@KaZaA | Evanescence-The Last Day.mp3 | Evanescence | 4,230KB | Audio |
| Manda@KaZaA | Tom Jones - Whats New Pussycat.mp3 | Tom Jones | 3,038KB | Audio |
| Manda@KaZaA | Jack Off Jill - Lollie Rot.mp3 | Jack Off Jill | 2,343KB | Audio |
| Manda@KaZaA | Jack Off Jill - Angel Fuck.mp3 | Jack Off Jill | 2,483KB | Audio |

Found 1,085 files    3,075,436 users online, sharing 557,891,312 files (4,36 [Not sharing any files]

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | 🔍 | 🔍 Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Manda@KaZaA | Jack Off Jill - Angel Fuck.mp3 | Jack Off Jill | 2,483kB | Audio |
| Manda@KaZaA | Korn - Thoughtless.mp3 | Korn | 2,150kB | Audio |
| Manda@KaZaA | INXS - Suicide Blonde.mp3 | INXS | 4,512kB | Audio |
| Manda@KaZaA | Korn - I'm Hiding - Untouchables.mp3 | Korn | 3,723kB | Audio |
| Manda@KaZaA | Papa Roach- Broken home.mp3 | Papa Roach | 3,437kB | Audio |
| Manda@KaZaA | INXS - Mystify.mp3 | INXS | 3,084kB | Audio |
| Manda@KaZaA | Blindside-liberty.mp3 | Blindside | 3,029kB | Audio |
| Manda@KaZaA | Jack Off Jill - Fear Of Dying.mp3 | Jack Off Jill | 3,858kB | Audio |
| Manda@KaZaA | JEWEL - JUPITER.MP3 | Jewel | 4,052kB | Audio |
| Manda@KaZaA | god smack.I_Stand_Alone.mp3 | Godsmack | 3,330kB | Audio |
| Manda@KaZaA | Blindside - 07 - Thought Like Flames.mp3 | Blindside | 3,666kB | Audio |
| Manda@KaZaA | Matchbox 20 - Long Day.mp3 | Matchbox 20 | 5,286kB | Audio |
| Manda@KaZaA | missy.elliot.ludacris.and.jayz-one.minute.man.remix.MP3 | Missy, Ludacris, and Jay Z | 3,189kB | Audio |
| Manda@KaZaA | Shaggy - Luv Me, Luv Me.mp3 | Shaggy | 3,377kB | Audio |
| Manda@KaZaA | Evanescence - give unto me.mp3 | Evanescence | 5,454kB | Audio |
| Manda@KaZaA | Korn_Ice Cube - Fuck Dying.mp3 | Korn | 3,803kB | Audio |
| Manda@KaZaA | AFI - Punk nation unification.mp3 | AFI | 992kB | Audio |
| Manda@KaZaA | Death Threat - The Price You'll Pay.mp3 | Death Threat | 1,805kB | Audio |
| Manda@KaZaA | AFI - Self Pity.mp3 | AFI | 894KB | Audio |
| Manda@KaZaA | Evanescence-Haunted.mp3 | Evanescence | 7,292KB | Audio |

Found 1306 files

3,075,436 users online, sharing 557,891,312 files (4,736 Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Manda@KaZaA | Evanesence-Haunted.mp3 | Evanescence | 7,292kB | Audio |
| Manda@KaZaA | 02_death_threat-spit_it_out-its.mp3 | Death Threat | 2,305kB | Audio |
| Manda@KaZaA | Kevin Little - Turn Me On (reggae mix).mp3 | Kevin Little | 6,071kB | Audio |
| Manda@KaZaA | ICP - Nothing Left.mp3 | ICP | 7,207kB | Audio |
| Manda@KaZaA | LeeAnn Womack - I Hope You Dance.mp3 | Lee Ann Womack | 1,133kB | Audio |
| Manda@KaZaA | Insane Clown Posse - Hokus Pokus.mp3 | ICP | 2,791kB | Audio |
| Manda@KaZaA | God Smack- VooDo.mp3 | Godsmack | 4,970kB | Audio |
| Manda@KaZaA | sum 41 - Fat Lip.mp3 | Sum 41 | 4,228kB | Audio |
| Manda@KaZaA | eminem - I'm A Criminal.mp3 | Eminem | 5,016kB | Audio |
| Manda@KaZaA | Brand New - Your Favorite Weapon - 10 - Secondary.MP3 | Brand New | 7,161kB | Audio |
| Manda@KaZaA | Do or Die-VIP.mp3 | do or die | 5,410kB | Audio |
| Manda@KaZaA | Van Halen - Cant stop lovin you.mp3 | Van Halen | 3,869kB | Audio |
| Manda@KaZaA | ICP - Mad Professor.mp3 | ICP | 6,828kB | Audio |
| Manda@KaZaA | ICP-I Stuck Her With My Wang.mp3 | ICP | 3,615kB | Audio |
| Manda@KaZaA | Dream Street - It Happens Every Time (2).mp3 | Dream Street | 2,251kB | Audio |
| Manda@KaZaA | ICP - Piggy Pie.mp3 | ICP | 3,331kB | Audio |
| Manda@KaZaA | Dream Theater - 6.00.mp3 | Dream Theater | 5,170kB | Audio |
| Manda@KaZaA | blindside-08-Time Will Change Your Heart.mp3 | blindside | 3,490kB | Audio |
| Manda@KaZaA | Death Threat - Caught in a Lie.mp3 | Death Threat | 1,305kB | Audio |
| Manda@KaZaA | Death Threat - Never Again.mp3 | Death Threat | 2,049kB | Audio |

Found 1386 files.    3,075,436 users online, sharing 537,891,312 files (4,436,    Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Traffic   Shop   Tell A Friend

New search   Download

Search   Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Manda@KaZaA | Death Threat - Never Again.mp3 | Death Threat | 2,048KB | Audio |
| Manda@KaZaA | Death Threat - Live and Learn.mp3 | Death Threat | 2,282KB | Audio |
| Manda@KaZaA | Insane Clown Posse- Under the Moon.wma | ICP | 4,718KB | Audio |
| Manda@KaZaA | finch - three simple words.mp3 | finch | 5,187KB | Audio |
| Manda@KaZaA | GodSmack-Mistake.mp3 | Godsmack | 2,408KB | Audio |
| Manda@KaZaA | Godsmack -Go Away.mp3 | Godsmack | 4,850KB | Audio |
| Manda@KaZaA | 07 - Through The Never.mp3 | Metallica | 3,820KB | Audio |
| Manda@KaZaA | no doubt - running away.mp3 | No doubt | 2,056KB | Audio |
| Manda@KaZaA | Taproot - Gift - 06 - Believed.mp3 | Taproot | 3,785KB | Audio |
| Manda@KaZaA | Ozzfest Live-Disc 1(08)Mirr.mp3 | Taproot | 4,636KB | Audio |
| Manda@KaZaA | Cold Play - Yellow.mp3 | Cold Play | 3,856KB | Audio |
| Manda@KaZaA | Tap Root - Shudder.mp3 | Taproot | 3,208KB | Audio |
| Manda@KaZaA | Taproot - Gift - 02 - Again and Again.mp3 | Taproot | 5,538KB | Audio |
| Manda@KaZaA | Rancid - Animosity.mp3 | Rancid | 2,276KB | Audio |
| Manda@KaZaA | Rancid - Crucify Me.mp3 | Rancid | 2,384KB | Audio |
| Manda@KaZaA | The Used - Poetic Tragedy.mp3 | The used | 3,615KB | Audio |
| Manda@KaZaA | 06 - Buried Myself Alive.mp3 | The Used | 3,786KB | Audio |
| Manda@KaZaA | Used - Moist Silver.mp3 | The used | 3,996KB | Audio |
| Manda@KaZaA | Creed - What If.mp3 | Creed | 4,971KB | Audio |
| Manda@KaZaA | p o d - pod alive.mp3 | P.O.D. | 6,300KB | Audio |

3,075,436 users online, sharing 557,891,312 files (4,196 | Not sharing any files)

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Search  |  Traffic  |  Shop  |  Tell A Friend

New search  |  Download  |  Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Manda@KaZaA | p o d - pod alive.mp3 | P.O.D. | 6,308KB | Audio |
| Manda@KaZaA | Project Pat ft. Dj Screw - Blunt To My Lip.MP3 | Project Pat_Dj Screw | 6,304KB | Audio |
| Manda@KaZaA | Homegrown - The Pot Song(2).mp3 | HomeGrown | 2,076KB | Audio |
| Manda@KaZaA | Project Pat - nine to yo dome.mp3 | Three Six Mafia | 3,290KB | Audio |
| Manda@KaZaA | New Found Glory - Barbie Girl.mp3 | Homegrown | 1,322KB | Audio |
| Manda@KaZaA | Homegrown - Kids.mp3 | Home Grown | 2,955KB | Audio |
| Manda@KaZaA | Home Grown - Not Alone.mp3 | Homegrown | 3,061KB | Audio |
| Manda@KaZaA | 04 - Hatebreed - I Will Be Heard.mp3 | Hatebreed | 4,770KB | Audio |
| Manda@KaZaA | Hatebreed - Before Dishonor.mp3 | Hatebreed | 3,332KB | Audio |
| Manda@KaZaA | stuck mojo - not promised tomorrow.mp3 | Stuck Mojo | 3,050KB | Audio |
| Manda@KaZaA | stuck mojo - twisted.mp3 | Stuck Mojo | 3,433KB | Audio |
| Manda@KaZaA | stuck mojo - pipebomb.mp3 | Stuck Mojo | 3,586KB | Audio |
| Manda@KaZaA | Stuck Mojo - Trick [njd].mp3 | stuck mojo | 3,870KB | Audio |
| Manda@KaZaA | deftones - digital bath.mp3 | Deftones | 3,990KB | Audio |
| Manda@KaZaA | ICP -boogy woogy man.mp3 | ICP | 3,934KB | Audio |
| Manda@KaZaA | 04_Brad Logan - Rancid.mp3 | Southpark | 2,137KB | Audio |
| Manda@KaZaA | nelly - 02 - st.mp3 | Nelly | 4,182KB | Audio |
| Manda@KaZaA | Simon and Milo - Get a clue.wma | Simon and Milo | 3,877KB | Audio |
| Manda@KaZaA | martina mcbride - Concrete Angels.mp3 | Martina McBride | 3,956KB | Audio |
| Manda@KaZaA | 03-dont_look_down-fast_forward-ph.mp3 | Don't Look Down | 4,444KB | Audio |

Found 1,386 files.                3,075,436 users online, sharing 557,891,312 files (4,36) Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Download

New search    Search    Web    Search    Traffic    Shop    Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Manda@KaZaA | 03-dont_look_down-fast_forward-ph.mp3 | Don't Look Down | 4,444KB | Audio |
| Manda@KaZaA | (Kid) David Corey - Now That I Love You.mp3 | (Kid) David Corey | 9,032KB | Audio |
| Manda@KaZaA | Redhot Chill Peppers - Under The Bridge.mp3 | Red hot chilli peppers | 3,356KB | Audio |
| Manda@KaZaA | Bone Thugs and Harmony - Mo' Murda.mp3 | Bone Thugs and Harmony | 5,443KB | Audio |
| Manda@KaZaA | City High - The Only One I Trust.mp3 | City High | 4,022KB | Audio |
| Manda@KaZaA | Mariah Carey - Hero.mp3 | Mariah Carey | 4,061KB | Audio |
| Manda@KaZaA | 21questions 50cent.mp3 | 50 Cent ft. Nate Dogg | 7,047KB | Audio |
| Manda@KaZaA | dj venom - suck.my motherfucking dick.mp3 | DJ Venom | 872KB | Audio |
| Manda@KaZaA | Mariah Carey, Joe_98 Degrees - Thank God I Found You … | 98 Degrees | 5,452KB | Audio |
| Manda@KaZaA | Good Charlotte - A New Beginning.mp3 | Good Charlotte | 1,750KB | Audio |
| Manda@KaZaA | Vitamin C - Put A Smile On Your Face.mp3 | 3 | 3,753KB | Audio |
| Manda@KaZaA | Shaggy - Boombastic.mp3 | Shaggy | 3,850KB | Audio |
| Manda@KaZaA | Sean Paul - Mr Vegas - she la la.mp3 | Sean Paul | 3,048KB | Audio |
| Manda@KaZaA | Garth Brooks - Unaswered Prayers.mp3 | Garth Brooks | 3,200KB | Audio |
| Manda@KaZaA | insane clown posse - ICP- Cotton Candy.mp3 | ICP | 6,656KB | Audio |
| Manda@KaZaA | Dream - Krazy.mp3 | Dream ft. Eve | 6,156KB | Audio |
| Manda@KaZaA | Haylie Duff_Hilary Duff.jpg | HILARY DUFF | 30KB | Image |
| Manda@KaZaA | Fatkidz.mp3 | Twiztid | 3,632KB | Audio |
| Manda@KaZaA | Ray J. ft. Lil' Kim - Wait A Minute.mp3 | Ray J. ft. Lil' Kim | 5,486KB | Audio |
| Manda@KaZaA | Twiztid - I wanna be batman.mp3 | Twiztid | 1,156KB | Audio |

3,075,436 users online, sharing 557,891,312 files (4,36 … Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Manda@KaZaA | Twiztid - I wanna be batman.mp3 | Twiztid | 1,156KB | Audio |
| Manda@KaZaA | 04 - Juggalo Party.mp3 | Twiztid, Blaze, _ABK | 4,156KB | Audio |
| Manda@KaZaA | Insane Clown Pose_Twistid - Spin The Bottle.mp3 | Twiztid | 3,958KB | Audio |
| Manda@KaZaA | Queen - I'm In Love With My Car.mp3 | Queen | 3,628KB | Audio |
| Manda@KaZaA | 06 - Queen - Fat Bottomed Girls.MP3 | Queen | 4,000KB | Audio |
| Manda@KaZaA | Queen - It's A Hard Life.mp3 | Queen | 3,904KB | Audio |
| Manda@KaZaA | queen - death on two legs.mp3 | Queen | 3,486KB | Audio |
| Manda@KaZaA | Van Halen - Pretty Woman.mp3 | Van Halen | 2,721KB | Audio |
| Manda@KaZaA | Van Halen - Little Dreamer.mp3 | van halen | 3,176KB | Audio |
| Manda@KaZaA | Van Halen - Top Jimmy.mp3 | Van Halen | 2,842KB | Audio |
| Manda@KaZaA | Van Halen - Dance The Night Away(1).mp3 | Van Halen | 7,261KB | Audio |
| Manda@KaZaA | About A Girl.mp3 | Nirvana | 6,612KB | Audio |
| Manda@KaZaA | Nirvana - Come As You Are.mp3 | Nirvana | 9,920KB | Audio |
| Manda@KaZaA | artist - Shittalkaz (feat. ICP_Twiztid.mp3 | Blaze | 3,424KB | Audio |
| Manda@KaZaA | All Apologies.mp3 | Nirvana | 8,908KB | Audio |
| Manda@KaZaA | limpbizkit n method man - n together now.mp3 | limpbizkit and method man | 3,876KB | Audio |
| Manda@KaZaA | 10-PennyRoyal Tea.mp3 | Nirvana | 5,118KB | Audio |
| Manda@KaZaA | country - Travis Trit (its a great day to be alive).mp3 | Travis Trit | 7,549KB | Audio |
| Manda@KaZaA | Jim Reeves- On the Wings of a Snow White Dove.mp3 | Jim Reeves | 2,584KB | Audio |
| Manda@KaZaA | Shaggy Featuring Janet Jackson - Ooh Boy I love you So..... | C | 5,574KB | Audio |

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Manda@KaZaA | Shaggy featuring Janet Jackson - Ooh Boy I Love you So.... | C | 5,574KB | Audio |
| Manda@KaZaA | Bauhaus - The Passenger (Iggy Pop cover).mp3 | Bauhaus | 6,560KB | Audio |
| Manda@KaZaA | Antiflag - Track 11.mp3 | Antiflag | 2,508KB | Audio |
| Manda@KaZaA | Chingy Right Thurr.MP3 | Chingy | 4,279KB | Audio |
| Manda@KaZaA | Korn - Adidas (1).mp3 | Korn | 2,388KB | Audio |
| Manda@KaZaA | the relativez - do the blood walk.mp3 | A+ | 2,395KB | Audio |
| Manda@KaZaA | 18 - SEAN PAUL - BUBBLE.mp3 | SEAN PAUL | 4,415KB | Audio |
| Manda@KaZaA | 50 Cent - Freestyle (Whoa beat).mp3 | 50 Cent | 2,479KB | Audio |
| Manda@KaZaA | shawn paul - Hands up into de air.mp3 | Sean Paul | 3,070kB | Audio |
| Manda@KaZaA | jay-z - H to The Izzo H.O.V.A.mp3 | Jay Z | 5,640kB | Audio |
| Manda@KaZaA | noreaga nuthin.mp3 | NORE | 6,381kB | Audio |
| Manda@KaZaA | 69 Boyz - Tootsie Roll (bass version).mp3 | 69 Boyz | 3,690kB | Audio |
| Manda@KaZaA | Yukmouth, DMX, _Drag-On - Ride or Die.mp3 | Dmx | 1,244KB | Audio |
| Manda@KaZaA | Kenney Chesney - We danced.mp3 | Kenny Chesney | 1,275KB | Audio |
| Manda@KaZaA | Jurassic Five - Concrete Schoolyard.mp3 | Jurassic Five | 4,118KB | Audio |
| Manda@KaZaA | Jurassic Five - Blacktop Beat.mp3 | Jurassic Five | 1,354KB | Audio |
| Manda@KaZaA | Jurassic 5 - Hey.mp3 | Jurassic 5 | 4,165KB | Audio |
| Manda@KaZaA | 02.Track.2.wma | Diffuser | 1,276KB | Audio |
| Manda@KaZaA | instramental- thoia thoing.mp3 | R. Kelly | 5,025KB | Audio |
| Manda@KaZaA | Ice Cube Feat Ja Rule And Dmx - We B Clubin.mp3 | DMX | 4,223KB | Audio |

Found 1,366 files.

3,075,436 users online, sharing 557,891,312 files (4,36 Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Manda@KaZaA | Ice Cube feat Ja Rule And Dmx - We B Clubin.mp3 | DMX | 4,223KB | Audio |
| Manda@KaZaA | 2Pac_Scare Face - Smile.mp3 | Tupac_SCAREFACE | 3,308KB | Audio |
| Manda@KaZaA | Staind-14 Shades of Grey-so Far away.mp3 | Staind | 7,077KB | Audio |
| Manda@KaZaA | Shaggy - Hey Sexy Lady!(Blaze Remix).mp3 | A+ | 3,775KB | Audio |
| Manda@KaZaA | JAY Z - EXCUSE ME MISS RMX.mp3 | JAYZ | 6,608KB | Audio |
| Manda@KaZaA | The Starting Line- A Million Hearts.mp3 | The Starting Line | 4,266KB | Audio |
| Manda@KaZaA | AFI - Clove Smoke Catharsis.mp3 | AFI | 6,522KB | Audio |
| Manda@KaZaA | David Banner_Lil Flip – Like a Pimp.mp3 | David Banner f/ Lil Flip | 3,322KB | Audio |
| Manda@KaZaA | 112-hot_wet-na na na feat super cat.mp3 | 112 | 4,344KB | Audio |
| Manda@KaZaA | LSG- My Body.mp3 | Gerald Levert, Keith Swea.. | 5,792KB | Audio |
| Manda@KaZaA | Genuine - Ride My Pony.mp3 | Ginuwine | 3,936KB | Audio |
| Manda@KaZaA | 09 Erasure My heart . . . so blue.mp3 | Erasure | 4,221KB | Audio |
| Manda@KaZaA | 06 erasure Walking In The Rain.mp3 | erasure | 2,642KB | Audio |
| Manda@KaZaA | 11 erasure Goodnight.mp3 | erasure | 3,913KB | Audio |
| Manda@KaZaA | 07 Erasure Love is a loser.mp3 | Erasure | 2,841KB | Audio |
| Manda@KaZaA | ginuwine - differences (remix).mp3 | Ginuwine | 4,890KB | Audio |
| Manda@KaZaA | Nelly - Thicky Thick Girl.wav | Nelly | 47,254KB | Audio |
| Manda@KaZaA | 702 - Get It Together.mp3 | 702 | 4,520KB | Audio |
| Manda@KaZaA | ludacris-stand up-chicken_beer.mp3 | ludacris | 1,108KB | Audio |
| Manda@KaZaA | Ginuwine - Differences.MP3 | Ginuwine | 8,320KB | Audio |

13,075,436 users online, sharing 557,891,312 files (4, 36) [Not sharing any files]

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Manda@KaZaA | Ginuwine - Differences.MP3 | Ginuwine | 8,320KB | Audio |
| Manda@KaZaA | Tony Braxton_I Get so Hi.mp3 | Toni Braxton | 3,245KB | Audio |
| Manda@KaZaA | The Cult - Painted On My Heart.mp3 | The Cult | 4,293KB | Audio |
| Manda@KaZaA | R. Kelly - Fiesta (Reggae Remix)(1).mp3 | R. Kelly | 3,477KB | Audio |
| Manda@KaZaA | Ginuwine-THE SENIOR-sex (1).mp3 | Ginuwine | 3,599KB | Audio |
| Manda@KaZaA | Slightly Stupid - I Couldnt Get High.mp3 | Slightly Stoopid | 3,076KB | Audio |
| Manda@KaZaA | Queen - Bohemian Rahpsody.mp3 | Queen | 5,508KB | Audio |
| Manda@KaZaA | John Valby - My Dick is Small.mp3 | John Valby | 1,315KB | Audio |
| Manda@KaZaA | Show Tunes - America (West Side Story).mp3 | The Music | 4,262KB | Audio |
| Manda@KaZaA | Get Up Kids - The Most Depressing Song.mp3 | Get Up Kids | 3,547KB | Audio |
| Manda@KaZaA | sugarcult - Say I'm Sorry.mp3 | Sugarcult | 2,236KB | Audio |
| Manda@KaZaA | South Park Mexican (DJ Screw Screwd up Version) - Merry … | SPM, DJ Screw | 3,256KB | Audio |
| Manda@KaZaA | Ill Flip - I Get High Memphis Bleek.mp3 | 02-Lil_Flip-I_Get_High_(M… | 3,944KB | Audio |
| Manda@KaZaA | Enya - Bard Dance.mp3 | Enya | 1,302KB | Audio |
| Manda@KaZaA | enya - storms in africa ii.mp3 | Enya | 2,839KB | Audio |
| Manda@KaZaA | John Williams - Carol Of The Bells(Home Alone).mp3 | christmas | 1,348KB | Audio |
| Manda@KaZaA | Enya - Storms Over Africa - Pure Moods.mp3 | Enya | 3,824KB | Audio |
| Manda@KaZaA | Enya - Paint The Sky With Stars.mp3 | Enya | 3,995KB | Audio |
| Manda@KaZaA | Enya - return to innocence.mp3 | Enya | 3,910KB | Audio |
| Manda@KaZaA | Disney - Carebears Theme.mp3 | Tv Themes | 1,958KB | Audio |

3,075,436 users online, sharing 557,891,312 files (4, 36) [Not sharing any files]

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Traffic    Shop    Tell A Friend

New search    Download    Search    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| Manda@KaZaA | Disney - Carebears Theme.mp3 | Tv Themes | 1,958KB | Audio |
| Manda@KaZaA | Kenny Chesney - Turn this Car Around.mp3 | Kenny Chesney | 2,939KB | Audio |
| Manda@KaZaA | Kenny Chesney - Back Where I Come From.mp3 | Kenny Chesney | 3,711KB | Audio |
| Manda@KaZaA | sublime - my rooka.mp3 | sublime | 2,742KB | Audio |
| Manda@KaZaA | Kenny Chesney - She Don't Know She's Beautiful.mp3 | Kenny Chesney | 2,716KB | Audio |
| Manda@KaZaA | ICP-RB15.MP3 | ICP | 5,529KB | Audio |
| Manda@KaZaA | 30%20Foot%20fall%20-%20People%20Are%20Stupid[1]... | 30 Foot Fall | 1,576KB | Audio |
| Manda@KaZaA | ICP - My Axe.mp3 | ICP | 2,722KB | Audio |
| Manda@KaZaA | Blink 182 - Wasting Time.mp3 | Blink 182 | 3,308KB | Audio |
| Manda@KaZaA | selena - somewhere over the rainbow.mp3 | Selena | 1,160KB | Audio |
| Manda@KaZaA | sublime - smoke two joints.mp3 | Sublime | 2,695KB | Audio |
| Manda@KaZaA | (06) 50 Cent - High All The Time.wma | 50 Cent | 2,661KB | Audio |
| Manda@KaZaA | Insane Clown Posse - The Killing Fields.mp3 | Insane Clown Posse | 4,620KB | Audio |
| Manda@KaZaA | The Dixie Cups - Iko-Iko.mp3 | Cyndi Lauper | 2,021KB | Audio |
| Manda@KaZaA | The Get Up Kids - Mass Pike.mp3 | Get Up Kids | 3,512KB | Audio |
| Manda@KaZaA | Beethoven Sonata-classical guitar (this is really beautiful).... | Beethoven Sonata | 4,112KB | Audio |
| Manda@KaZaA | Classical Remix - Beethoven - Moonlight Sonata ( techno r... | Mozart | 5,288KB | Audio |
| Manda@KaZaA | Blink 182 - Toast and Bananas.mp3 | Blink 182 | 2,461KB | Audio |
| Manda@KaZaA | Classical - Beethoven - Exodus.mp3 | Beetoven | 2,480KB | Audio |
| Manda@KaZaA | 20 - Claire de Lune .mp3 | Debussy | 4,588KB | Audio |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Manda@KaZaA | 20 - Claire de Lune .mp3 | Debussy | 4,588KB | Audio |
| Manda@KaZaA | 09-The 4 seasons; Winter.mp3 | Antonio Vivaldi | 3,733KB | Audio |
| Manda@KaZaA | Walt Disney - Best Of Friends - The Fox And The Hound.m... | Walt Disney | 2,128KB | Audio |
| Manda@KaZaA | baby bash-tha smokin' nephew-sexy eyes.mp3 | baby bash | 7,381KB | Audio |
| Manda@KaZaA | Eminem feat DMX, Obie Trice - Go To Sleep.wma | Eminem, Obe, DMX | 3,334KB | Audio |
| Manda@KaZaA | 11 - Baby I Love You!.mp3 | Jennifer Lopez | 3,211KB | Audio |
| Manda@KaZaA | Ludacris Ft. Kanye West - Stand Up (Remix).mp3 | 02-ludacris__kanye_west... | 2,043KB | Audio |
| Manda@KaZaA | three doors down - away from the sun.mp3 | Three Doors Down | 3,724KB | Audio |
| Manda@KaZaA | kanye west-college dropout-living a movie.mp3 | kanye west | 3,955KB | Audio |
| Manda@KaZaA | ICP - Purple Pill(eminem diss).mp3 | Insane Clown Posse | 611KB | Audio |
| Manda@KaZaA | Techno -Trance Trippin  Acid Trip.mp3 | Techno | 2,154KB | Audio |
| Manda@KaZaA | Bad Rep.MP3 | Dark Lotus | 1,953KB | Audio |
| Manda@KaZaA | Robin Williams - Men's parts.mp3 | Robin Williams | 1,122KB | Audio |
| Manda@KaZaA | Afroman - She Won't Let Me Fuck.mp3 | Afro.Man | 3,230KB | Audio |
| Manda@KaZaA | Insane Clown Posse - Take Me Away.mp3 | Insane Clown Posse | 4,356KB | Audio |
| Manda@KaZaA | punk covers - beatles - I want to hold your hand.mp3 | The Beatles | 2,467KB | Audio |
| Manda@KaZaA | Handel - Messiah - Hallelujah Chorus.mp3 | 3 | 2,791KB | Audio |
| Manda@KaZaA | Timberland and Magoo - Up Jumps Da' Boogie.mp3 | Timberland and Magoo | 4,703KB | Audio |
| Manda@KaZaA | Timberland and Magoo - Luv 2 Luv U.mp3 | Timberland and Magoo | 6,257KB | Audio |
| Manda@KaZaA | PUNK_Cover-LWL-Sesame Street.mp3 | Punk Covers | 2,497KB | Audio |

Found 1386 files.    3,075,436 users online, sharing 557,891,312 files (4,36 | Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

My Kazaa | Theater | Web | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Manda@KaZaA | PUNK Cover-LWL-Sesame Street.mp3 | Punk Covers | 2,497KB | Audio |
| Manda@KaZaA | randy newman - short people.mp3 | Randy Newman | 5,545KB | Audio |
| 2 Users | Elvis Presley - Unchained Melody (1).mp3 | Elvis Presley | 2,317KB | Audio |
| Manda@KaZaA | sheryl_crow-the_first_cut_is_the_deepest.wma | Sheryl Crow | 3,558KB | Audio |
| Manda@KaZaA | kanye west-college dropout-hey mama.mp3 | kanye west | 7,539KB | Audio |
| Manda@KaZaA | (04) Sheryl Crow - The First Cut Is The Deepest.wma | Cheryl Crow | 2,242KB | Audio |
| Manda@KaZaA | BLOODS - fuck crabz.mp3 | Bloods And Crips | 4,134KB | Audio |
| Manda@KaZaA | BLOODZ VS CRIPS - Slob 187.mp3 | Bloods And Crips | 2,816KB | Audio |
| Manda@KaZaA | mightydblock (2).wma | Sheek Louch | 798KB | Audio |
| Manda@KaZaA | 06.Temptation.wma | Destiny's Child | 2,908KB | Audio |
| Manda@KaZaA | Blink 182 - Apple Shampoo.mp3 | Blink 182 | 2,689KB | Audio |
| Manda@KaZaA | Destiny's Child - Survivor .mp3 | Destiny's Child | 5,644KB | Audio |
| Manda@KaZaA | kid rock-hillbilly stomp-kid rock.mp3 | kid rock. | 4,338KB | Audio |
| Manda@KaZaA | Blink 182 - All The Small Things.wav | Blink 182 | 28,984KB | Audio |
| Manda@KaZaA | First Date - Firs Date (BLINK 182).mp3 | First Date | 3,286KB | Audio |
| Manda@KaZaA | Blink 182 - Live - the penis song.mp3 | Blink 182 | 992KB | Audio |
| Manda@KaZaA | BLINK182 - Take Off Your Pants and Jacket.mp3 | Blink 182 | 1,344KB | Audio |
| Manda@KaZaA | kid rock-cadillac pussy-kid rock.mp3 | kid rock. | 4,743KB | Audio |
| Manda@KaZaA | Whitt Hock2.kpl | Unknown | 9KB | |
| Manda@KaZaA | blink 182-unreleased album-i miss you.mp3 | blink 182 | 6,236KB | Audio |

3,075,436 users online, sharing 557,691,312 files (4,36  Not sharing any files

Found 1386 files

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Traffic   Shop   Tell A Friend

New search   Download   Search   Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Manda@KaZaA | blink 182-unreleased album-i miss you.mp3 | blink 182 | 6,236KB | Audio |
| Manda@KaZaA | I Give All My Love to you.mp3 | Keith Sweat | 6,100KB | Audio |
| Manda@KaZaA | G-Unit - Baby Get On Yo Knees.mp3 | 50 Cent | 4,309KB | Audio |
| Manda@KaZaA | Kayne West - Through The Wire.wma | Kayne West | 3,225KB | Audio |
| Manda@KaZaA | 30 Foot Fall - Jr High Sucked.mp3 | 30 Foot Fall | 1,888KB | Audio |
| Manda@KaZaA | Venga Boys - Boom Boom Boom (1).mp3 | Vengaboys | 3,205KB | Audio |
| Manda@KaZaA | Good Good Lovin'.mp3 | James Brown | 1,662KB | Audio |
| Manda@KaZaA | dj sammy - we're in heaven (techno remix).mp3 | Dj sammy | 3,634KB | Audio |
| Manda@KaZaA | Outhere Brothers - Boom Boom Boom.mp3 | Outhere Brothers | 2,423KB | Audio |
| Manda@KaZaA | PUNK-SKA COVERS - EVERYTHING I DO, I DO IT FOR YOU... | A New Found Glory | 2,736KB | Audio |
| Manda@KaZaA | Cradle of Filth - A Gothic Romance (1).mp3 | Cradle of Filth | 8,058KB | Audio |
| Manda@KaZaA | Comedy - Stand up - Robin Williams - Best of Comic Relief... | Robin Williams | 3,180KB | Audio |
| Manda@KaZaA | Comedy - Robin Williams - Alcohol.mp3 | Comedy - Robin Williams | 2,022KB | Audio |
| Manda@KaZaA | Robin Williams - Childhood.mp3 | Williams, Robin | 6,665KB | Audio |
| Manda@KaZaA | robin williams - I ran over the taco bell dog.mp3 | Robin Williams | 1,146KB | Audio |
| Manda@KaZaA | Robin Williams - I'm On Fire (Elmer Fudd).mp3 | Elmer Fudd | 1,206KB | Audio |
| Manda@KaZaA | robin williams - whose line is it anyway.mp3 | Robin Williams | 2,392KB | Audio |
| Manda@KaZaA | robin williams - sexual therapy.mp3 | Robin Williams | 1,824KB | Audio |
| Manda@KaZaA | Adam Sandler - I'm so wasted.mp3 | Adam Sandler | 4,678KB | Audio |
| Manda@KaZaA | DJ Screw - Bone Thugs - Ecstacy(2).mp3 | Dj Screw | 4,224KB | Audio |

3,075,436 users online, sharing 587,891,312 files (4,361 TB). Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Manda@KaZaA | DJ Screw - Bone Thugs - Ecstacy(2).mp3 | Dj Screw | 4,224KB | Audio |
| Manda@KaZaA | Adam Sandler - Hey Masterbator!.mp3 | Adam Sandler | 1,192KB | Audio |
| Manda@KaZaA | Lullabies - Baby Mine.mp3 | Disney | 2,102KB | Audio |
| Manda@KaZaA | robin williams - live at the met.mp3 | Robin Williams | 49,878KB | Audio |
| Manda@KaZaA | Adam Sandler - Having Sex Or Working Out.Mp3 | Adam Sandler | 6,657KB | Audio |
| Manda@KaZaA | No Time to Cry.mp3 | Cradle of Filth | 3,157KB | Audio |
| Manda@KaZaA | Marilyn Manson - Mobscene.wma | Marylin Manson | 2,039KB | Audio |
| Manda@KaZaA | Baby Beesh - who wanna creep (1).mp3 | baby beesh | 3,426KB | Audio |
| Manda@KaZaA | Notorius BIG - Notorius.mp3 | Notorius BIG | 4,482KB | Audio |
| Manda@KaZaA | Eminem and Notorius BIG(UNRELEASED).mp3 | Eminem And Notorius Big | 3,210KB | Audio |
| Manda@KaZaA | Yellowcard - October Nights.mp3 | Yellowcard | 4,904KB | Audio |
| Manda@KaZaA | kottonmouth kings - Real Slim Shady Shut The Fuck.mp3 | Kotton Mouth Kings | 4,352KB | Audio |
| Manda@KaZaA | Kotton Mouth Kings - Diddy Daddy.mp3 | Kotton Mouth Kings | 4,591KB | Audio |
| Manda@KaZaA | KottonMouth Kings - psycadelic funk.mp3 | Kotton Mouth Kings | 3,504KB | Audio |
| Manda@KaZaA | Lauren Hill - Killing me Softly.mp3 | Laurin Hill | 3,134KB | Audio |
| Manda@KaZaA | 18 - Voice Within.mp3 | Cristina Aguilera | 4,751KB | Audio |
| Manda@KaZaA | nas-113-dance-rns (1).mp3 | Nas | 5,026KB | Audio |
| Manda@KaZaA | the ataris-so long, astoria-04-saddest song.mp3 | the ataris | 4,886KB | Audio |
| Manda@KaZaA | The Used - Circles.mp3 | The Used | 5,128KB | Audio |
| Manda@KaZaA | Christina Aguilera - Get Mine Get Yours.mp3 | Christina Aguilera | 8,776KB | Audio |

Found 1,086 files

13,075,436 users online, sharing 557,891,312 files (4,136 | Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   |   My Kazaa   |   Theater   |   Search   |   Traffic   |   Shop   |   Tell A Friend

New search    Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Manda@KaZaA | Christina Aguleria - Get Mine Get Yours.mp3 | Christina Aguilera | 8,776KB | Audio |
| Manda@KaZaA | Lil Romeo - Lil Bow Wow Diss.mp3 | Lil Romeo | 626KB | Audio |
| Manda@KaZaA | 80's - Fleetwood Mac - Tell Me Lies.mp3 | Fleetwood Mac | 3,396KB | Audio |
| Manda@KaZaA | 06 - Valley of Death.mp3 | Gloomy Grim | 13,819KB | Audio |
| Manda@KaZaA | Korn - Feat. Deftones Eraser.mp3 | Korn And Deftones | 3,100KB | Audio |
| Manda@KaZaA | korn-make_believex.mp3 | Korn | 4,984KB | Audio |
| Manda@KaZaA | Nas ft Xzibit - Hate Me Now (Paparazzi Remix).mp3 | Nas ft Xzibit | 4,020KB | Audio |
| Manda@KaZaA | Nas ft. Puff Daddy - You Can Hate Me Now.mp3 | Nas | 1,856KB | Audio |
| Manda@KaZaA | ODB-GotYourMoney.mp3 | Old Dirty Bastard | 3,745KB | Audio |
| Manda@KaZaA | NWA-ChinCheck.mp3 | NWA | 6,195KB | Audio |
| Manda@KaZaA | Ja-Rule,Eve - Boy-Girlfriend.mp3 | Stacie Orrico | 1,893KB | Audio |
| Manda@KaZaA | prodigy - techno from the matrix (1).mp3 | Prodigy | 6,648KB | Audio |
| Manda@KaZaA | Phil Collins -True Colors.mp3 | Phil Collins | 5,360KB | Audio |
| Manda@KaZaA | Scarface Feat.TooShort Devin_Tela - Fuck Faces.mp3 | Scarface | 2,760KB | Audio |
| Manda@KaZaA | Rap - Tupac - Homies 'N Thuggs (remix w.mp3 | 2 Pac, Scarface_Master... | 4,644KB | Audio |
| Manda@KaZaA | DJ Tomcraft - Unicum.mp3 | DJ Tomcraft | 8,242KB | Audio |
| Manda@KaZaA | Orgy - Stitches.mp3 | Orgy | 3,136KB | Audio |
| Manda@KaZaA | Old Dirty Bastard- Baby I got your money.mp3 | Old Dirty Bastard | 5,540KB | Audio |
| Manda@KaZaA | Biggy Smalls- One more chance.mp3 | Biggy Smalls | 5,441KB | Audio |
| Manda@KaZaA | Ashanti - 09 - Baby.mp3 | Ashanti | 4,152KB | Audio |

Found 1,386 files    3,075,436 users online, sharing 557,891,312 files (4,361 [not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Manda@KaZaA | Ashanti - 09 - Baby.mp3 | Ashanti | 4,152KB | Audio |
| Manda@KaZaA | ICP - Play With Me.mp3 | ICP | 4,042KB | Audio |
| Manda@KaZaA | 3LW (Three Little Women) - No More (Video Version).mp3 | 3LW | 2,824KB | Audio |
| Manda@KaZaA | My Baby (Feat. Jagged Edge).mp3 | Lil bow wow | 3,563KB | Audio |
| Manda@KaZaA | lil bow wow - my baby little romeo.mp3 | lil bow wow | 3,520KB | Audio |
| Manda@KaZaA | Take That - A Million Love Songs.mp3 | Take That | 5,491KB | Audio |
| Manda@KaZaA | System Of A Down - Toxicity.mp3 | System Of A Down | 3,388KB | Audio |
| Manda@KaZaA | Sean Paul - Get Busy (Diwali Riddim).mp3 | Sean Paul | 5,035KB | Audio |
| Manda@KaZaA | Breaking Benjamin - Medicate.mp3 | Breaking Benjamin | 2,804KB | Audio |
| Manda@KaZaA | Breaking Benjamin - Home.mp3 | Breaking Benjamin | 3,491KB | Audio |
| Manda@KaZaA | System Of A Down - 01 - Prison Song.mp3 | System Of A Down | 4,902KB | Audio |
| Manda@KaZaA | The All-American Rejects - Swing Swing.mp3 | The All-American Rejects | 3,589KB | Audio |
| Manda@KaZaA | 11-unloco-making_me_hate_you-butt.mp3 | Unloco | 4,106KB | Audio |
| Manda@KaZaA | The Anthem (Another Loser Anthem).mp3 | Good Charlotte | 2,714KB | Audio |
| Manda@KaZaA | (Dj Venom) - Techno Fantasy Millenium.mp3 | DJ Venom | 4,242KB | Audio |
| Manda@KaZaA | sing for the moment full song!!-the eminem show-eminem... | Eminem | 5,309KB | Audio |
| Manda@KaZaA | (Techno House Rave) DJ Hydro - Trippin the Trance.mp3 | DJ HyDrO | 5,285KB | Audio |
| Manda@KaZaA | DJ Venom - Halloween Theme (Hard House Mix).mp3 | DJ Venom | 5,132KB | Audio |
| Manda@KaZaA | 14-50_cent-21_questions_(feat_nate_dogg)-rns (4).mp3 | 50 Cent | 5,261KB | Audio |
| Manda@KaZaA | Rev Run, Mase, Puff Daddy, Snoop Dogg, Salt'N Pe... | Snoop Dogg, Mary J, big... | 3,814KB | Audio |

3,075,436 users online, sharing 527,891,312 files (4,361 Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Manda@KaZaA | Rev Run, Mase, Puff Daddy, Snoop Doggy Dogg, Salt'N Pe... | Snoop Dogg, Mary J. blig... | 3,814KB | Audio |
| Manda@KaZaA | system of a down - -Arials.mp3 | System of a Down | 3,835KB | Audio |
| Manda@KaZaA | Jimmy Buffet - Cheeseburger in Paradise.mp3 | Jimmy Buffet | 2,226KB | Audio |
| Manda@KaZaA | Track 12.MP3 | Eminem | 5,338KB | Audio |
| Manda@KaZaA | colt 45- afroman (1).MP3 | Afro Man | 2,309KB | Audio |
| Manda@KaZaA | Nas- Oochi Wallie.mp3 | Nas | 4,331KB | Audio |
| Manda@KaZaA | Nas - I know I can.mp3 | Nas | 3,979KB | Audio |
| Manda@KaZaA | Missy Elliott - Work It (Dirty).mp3 | missy elliot | 4,117KB | Audio |
| Manda@KaZaA | loanstar - I'm Already There.mp3 | Lonestar | 3,976KB | Audio |
| Manda@KaZaA | Avril Lavigne - I'm With You(1) (1).mp3 | Avril Levigne | 5,252KB | Audio |
| Manda@KaZaA | Work It (Remix) Missy feat. 50 CENT.mp3 | Missy Elliot Feat. 50 Cent | 4,371KB | Audio |
| Manda@KaZaA | Brandy - Have You Ever.mp3 | Brandy | 4,257KB | Audio |
| Manda@KaZaA | 50 Cent - In Da Club.mp3 | 50 Cent | 4,571KB | Audio |
| Manda@KaZaA | Truth Hurts _Rakim - Addictive (so contagious).mp3 | Truth Hurts _Rakim | 3,508KB | Audio |
| Manda@KaZaA | Marylin_Manson-_Dope_Show.mp3 | Marylin Manson | 3,535KB | Audio |
| Manda@KaZaA | 01-r._kelly-ignition-bvr.mp3 | R. Kelly | 5,019KB | Audio |
| Manda@KaZaA | Bare Naked Ladies - Breakfast at Tiffiny's.mp3 | Bare Naked Ladies | 3,504KB | Audio |
| Manda@KaZaA | Revis - Caught In The Rain.mp3 | Revis | 4,950KB | Audio |
| Manda@KaZaA | 01-r.kelly-ignition_remix-wcr.mp3 | R.Kelly | 4,843KB | Audio |
| Manda@KaZaA | Stone Temple Pilots - Half the man I used to be.MP3 | Stone Temple Pilots | 5,205KB | Audio |

Found 306 files

3,075,436 users online, sharing 557,891,312 files (4,36... [Not sharing any files

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Manda@KaZaA | Stone Temple Pilots - Half the man I used to be.MP3 | Stone Temple Pilots | 5,205KB | Audio |
| Manda@KaZaA | Theory of a Deadman - Make Up Your Mind.mp3 | Theory of a Dead Man | 3,808KB | Audio |
| Manda@KaZaA | 11 - 50 Cent - Wanksta - simplemp3s.mp3 | 50 Cent | 5,127KB | Audio |
| Manda@KaZaA | Matchbox 20 - Unwell.mp3 | Matchbox Twenty | 5,362KB | Audio |
| Manda@KaZaA | 06-cd2-busta_rhymes_sean_paul_spliff-make_it_clap_(rem... | Busta Rhymes Feat Sean ... | 5,646KB | Audio |
| Manda@KaZaA | Dane Cook - 14 - Monopoly.mp3 | Dane Cook | 1,020KB | Audio |
| Manda@KaZaA | 04-busta_rhymes_ft_spliff_star-make_it_clap-ego.mp3 | Busta Rhymes ft Spliff Star | 5,458KB | Audio |
| Manda@KaZaA | DMX - Ruff Riders Anthem.mp3 | DMX | 3,349KB | Audio |
| Manda@KaZaA | jack off jill - my cat.mp3 | Jack Off Jill | 2,918KB | Audio |
| Manda@KaZaA | Trapt - Headstrong.mp3 | Trapt | 4,466KB | Audio |
| 2 Users | Saliva - Always.mp3 | Saliva | 5,428KB | Audio |
| Manda@KaZaA | korn - no place to hide.mp3 | Korn | 3,308KB | Audio |
| Manda@KaZaA | Sleepwalking.mp3 | Blindside | 3,837KB | Audio |
| Manda@KaZaA | Sean Paul- Gimme The Light.mp3 | Sean Paul | 5,306KB | Audio |
| Manda@KaZaA | mariah carey - 03 - the one - simplemp3s.mp3 | mariah carey | 5,690KB | Audio |
| Manda@KaZaA | Nelly - Luvin Me -16.mp3 | Nelly | 3,864KB | Audio |
| Manda@KaZaA | Mudvayne - Not Falling.mp3 | mudvayne | 3,762KB | Audio |
| Manda@KaZaA | Drowning Pool - Bodies (1).mp3 | Drowning Pool | 5,792KB | Audio |
| Manda@KaZaA | Still Waiting Single.mp3 | Sum 41 | 2,450KB | Audio |
| Manda@KaZaA | The Ataris - In My Diary.mp3 | The Ataris | 4,302KB | Audio |

Found 1,386 files

8,075,436 users online, sharing 557,891,312 files (4,736 | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download   Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Manda@KaZaA | The Ataris - In My Diary.mp3 | The Ataris | 4,302KB | Audio |
| 2 Users | Creed - With Arms Wide Open.mp3 | Creed | 4,294KB | Audio |
| Manda@KaZaA | 07-Sum41-In Too Deep.wav | Sum 41 | 3,238KB | Audio |
| Manda@KaZaA | Drowing Pool - Tear away.mp3 | Drowning Pool | 3,973KB | Audio |
| Manda@KaZaA | Cory Hart - Sunglasses At Night (Dance Remix).mp3 | Cory Hart | 5,608KB | Audio |
| Manda@KaZaA | 12 Eminem Sing For The Moment.mp3 | Eminem | 6,633KB | Audio |
| Manda@KaZaA | KC_Jojo - Crazy save the last dance soundtrack.mp3 | KC and Jo Jo | 3,336KB | Audio |
| Manda@KaZaA | Sum 41 - Crazy Amanda Bunkface (1).mp3 | Sum 41 | 2,120KB | Audio |
| Manda@KaZaA | Guns -n- Roses - Knocking on Heavens Door.mp3 | Led Zeplin_Pink Floyd | 5,220KB | Audio |
| Manda@KaZaA | rock Led Zeplin - Stairway to Heaven.mp3 | Rock Led Zeplin | 10,005KB | Audio |
| Manda@KaZaA | Fleetwood Mac - Go Your Own Way.mp3 | Fleetwood Mac | 3,423KB | Audio |
| Manda@KaZaA | Fleetwood Mac - Landslide.mp3 | Fleetwood Mac | 4,191KB | Audio |
| Manda@KaZaA | Corey Hart - I Wear My Sunglasses At Night.mp3 | Cory Hart | 5,009KB | Audio |
| Manda@KaZaA | Bloods And Crips - Steady Dippin'.mp3 | Bloods And Crips | 4,120KB | Audio |
| Manda@KaZaA | Guns 'N Rose - Sweet Child Of Mine.mp3 | guns and roses | 5,569KB | Audio |
| Manda@KaZaA | Stone Sour - Inhale.mp3 | Stone Sour | 4,148KB | Audio |
| Manda@KaZaA | sum41-stillwaiting.mp3 | Sum 41 | 3,692KB | Audio |
| Manda@KaZaA | Lit - My Own Worst Enemy.mp3 | Lit | 2,649KB | Audio |
| Manda@KaZaA | Eminem - The Way I Am .mp3 | Eminem | 1,985KB | Audio |
| Manda@KaZaA | Casper - Electric Slide (Original).mp3 | Casper | 7,440KB | Audio |

Found 1,065 files

8,075,436 users online, sharing 557,891,312 files (4,356 ... | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Manda@KaZaA | Casper - Electric Slide (Original).mp3 | Casper | 7,440KB | Audio |
| Manda@KaZaA | Eminem Parody - Christina Aguilera - Will The Real Slim Sha… | Christina Aguilera | 1,782KB | Audio |
| Manda@KaZaA | Eminem - Lose Yourself.mp3 | Eminem | 5,184KB | Audio |
| Manda@KaZaA | German Beer Drinking Songs - Polka - Chicken Dance.mp3 | Party Favorite | 2,536KB | Audio |
| Manda@KaZaA | Eminem, DMX, Xzibit, Ja Rule, 2Pac - Bitch Please III.mp3 | Eminem, DMX, Xzibit, Ja … | 5,274KB | Audio |
| Manda@KaZaA | Eminem - 12 - My Dad´s Gone Crazy.mp3 | Eminem | 4,173KB | Audio |
| Manda@KaZaA | R. Kelly - Ignition.mp3 | R. Kelly | 3,476KB | Audio |
| Manda@KaZaA | Eminem - 97' Bonnie And Clyde.mp3 | Eminem | 4,944KB | Audio |
| Manda@KaZaA | Blue Man Group - Chicken Dance (techno remix).mp3 | Blue Man Group | 3,284KB | Audio |
| Manda@KaZaA | icp hatchetman cube animation psychopathic records.gif | ICP | 102KB | Image |
| Manda@KaZaA | jayz - me and my girlfriend.mp3 | Jay-Z ft. Biance | 3,232KB | Audio |
| Manda@KaZaA | Happy Hardcore- The Ultimate Sex Track Remix.MP3 | ⁰¹¼þ¾Æ | 4,478KB | Audio |
| Manda@KaZaA | (04) Eminem - Cleanin Out My Closet.mp3 | Eminem | 2,327KB | Audio |
| Manda@KaZaA | Headstrong - Swing Harder.mp3 | Headstrong | 3,838KB | Audio |
| Manda@KaZaA | 10-stone_sour_-_take_a_number-qtxmp3.mp3 | Stone Sour | 5,228KB | Audio |
| Manda@KaZaA | Dashboard Confessional - Screaming Infedelities.mp3 | dash board confessional | 3,536KB | Audio |
| 2 Users | korn - children of the korn (1).mp3 | Korn | 3,629KB | Audio |
| Manda@KaZaA | Wallflowers - One Headlight.mp3 | Wallflowers | 4,885KB | Audio |
| Manda@KaZaA | DSA Landschaft Wald (nördliche Regionen).jpg | Insane Clown Posse | 201KB | Image |
| Manda@KaZaA | 11-50_cent-pimp-rns.mp3 | 50 Cent | 5,848KB | Audio |

3,075,496 users online, sharing 557,891,312 files (4,36… Not sharing any files

Found 1306 files