**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Manda@KaZaA | 11-50_cent-pimp-rns.mp3 | 50 Cent | 5,848KB | Audio |
| Manda@KaZaA | Smile Empty Soul - Bottom of a Bottle.mp3 | Smile Empty Soul | 5,130KB | Audio |
| Manda@KaZaA | icp jokerscard jeckel bros faces 3d.gif | Insane Clown Posse (ICP) | 52KB | Image |
| Manda@KaZaA | nappy roots - po folks.mp3 | Nappy Roots | 5,832KB | Audio |
| Manda@KaZaA | Stone Sour - Omega.mp3 | Stone Sour | 4,051KB | Audio |
| Manda@KaZaA | 003-ja_rule-mesmerize_feat_ashanti-rns.mp3 | Ja Rule | 6,533KB | Audio |
| Manda@KaZaA | 07-jay-z-8_miles_and_running-lb.mp3 | Jay-Z and Freeway | 5,818KB | Audio |
| Manda@KaZaA | Jock Jams - The Chicken Dance.mp3 | Jock Jams | 904KB | Audio |
| Manda@KaZaA | Hootie And The Blow Fish - Let Her Cry.mp3 | Hootie and the Blowfish | 3,119KB | Audio |
| Manda@KaZaA | Baby P Diddy - Do that.mp3 | Baby Ft. P. Diddy | 7,280KB | Audio |
| Manda@KaZaA | Hootie And The Blowfish - I Only Wanna Be With You.mp3 | Hootie and the Blowfish | 3,537KB | Audio |
| Manda@KaZaA | Hootie and the Blowfish - Time.mp3 | Hootie and the Blowfish | 4,589KB | Audio |
| Manda@KaZaA | AFI - Girl's Not Grey [AFI Studio Edition - Perfect CD Qualit... | AFI | 4,404KB | Audio |
| Manda@KaZaA | deftones - Passanger (Feat. Maynard James Keenan from ... | Deftones | 8,527KB | Audio |
| Manda@KaZaA | Limp Bizkit_Rollin'(Remix).mp3 | Limp Bizkit f/DMX, Redma... | 4,577KB | Audio |
| Manda@KaZaA | Limp Bizket - My Way.mp3 | Limp Bizkit | 4,268KB | Audio |
| Manda@KaZaA | Limp Bizkit_04 Break Stuff.mp3 | Limp Bizkit | 3,244KB | Audio |
| Manda@KaZaA | Insane Clown Posse - Pass Me By.mp3 | ICP | 6,271KB | Audio |
| Manda@KaZaA | 03-Time and Time Again.mp3 | Papa Roach | 4,187KB | Audio |
| Manda@KaZaA | Nookie.mp3 | Limp Bizkit | 4,555KB | Audio |

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

My Kazaa | Web | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Manda@KaZaA | Nookie.mp3 | Limp Bizkit | 4,525KB | Audio |
| Manda@KaZaA | Limp Bizkit + Method Man - Shut the Fuck Up.mp3 | Limp Bizkit + Method Man | 3,397KB | Audio |
| Manda@KaZaA | Limp Biscuit - It's Just One of Those Days.mp3 | Limp Bizkit | 2,604KB | Audio |
| Manda@KaZaA | Papa Roach - She Loves Me Not.mp3 | Papa Roach | 3,367KB | Audio |
| Manda@KaZaA | Limp Bizkit - Rollin (1).mp3 | Limp Bizkit | 5,862KB | Audio |
| Manda@KaZaA | ZZ Top - La Grange.mp3 | ZZ Top | 3,346KB | Audio |
| Manda@KaZaA | ZZ Top - Gimme All Your Lovin'.mp3 | ZZ Top | 3,745KB | Audio |
| Manda@KaZaA | laundry service - Underneath your clothes.mp3 | shakira | 3,514KB | Audio |
| Manda@KaZaA | mudvayne - Under my Skin.mp3 | Mudvayne | 3,556KB | Audio |
| Manda@KaZaA | SLIPKNOT, MUDVAYNE, KITTIE, SOULFLY, OR HED PLANET.. | Slipknot, Mudvayne, Kittie | 3,124KB | Audio |
| Manda@KaZaA | Mudvayne - Cultivate.mp3 | Mudvayne. | 4,055KB | Audio |
| Manda@KaZaA | Mudvayne - So This Is Love.mp3 | Mudvayne. | 2,548KB | Audio |
| Manda@KaZaA | slimshady - The Marijuana Mix.mp3 | Eminem | 2,930KB | Audio |
| Manda@KaZaA | Kittie - Pink Lemonade.mp3 | Kittie | 9,988KB | Audio |
| Manda@KaZaA | 15-boomkat-the_wreckoning-ego.mp3 | Boomkat | 4,477KB | Audio |
| Manda@KaZaA | INXS - Need You Tonight.mp3 | INXS | 2,847KB | Audio |
| Manda@KaZaA | Papa Roach - Snakes.mp3 | Papa Roach | 3,280KB | Audio |
| Manda@KaZaA | Three Doors Down - Be Like That.mp3 | Three Doors Down | 4,966KB | Audio |
| Manda@KaZaA | Fear Factory - Replica.mp3 | Fear Factory | 3,693KB | Audio |
| Manda@KaZaA | Pink Floyd - Breathe.mp3 | Pink Floyd | 2,557KB | Audio |

2 Users

Found 1,386 files | 3,075,436 users online, sharing 557,891,312 files (4,36 | Not sharing any files

# Kazaa - [Search]

File    View    Player    Tools    Actions    Help

Web    My Kazaa    Theater    Download    Search    Traffic    Shop    Tell A Friend

New search    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| 2 Users | | | | |
| Manda@KaZaA | Pink Floyd - Breathe.mp3 | Pink Floyd | 2,587KB | Audio |
| Manda@KaZaA | adam sandler - kermit _big bird stoned.mp3 | Adam Sandler | 1,020KB | Audio |
| Manda@KaZaA | ICP - I Skab People.mp3 | ICP | 1,542KB | Audio |
| Manda@KaZaA | Ra - 01 - Do You Call My Name.mp3 | Ra | 7,447KB | Audio |
| Manda@KaZaA | Salt n Pepper - Push It.mp3 | Salt N Pepa | 4,295KB | Audio |
| Manda@KaZaA | Dark Lotus - Bitch I Am Sexy.mp3 | DaRK LoTuS - ICP | 3,151KB | Audio |
| Manda@KaZaA | Salt N' Peppa- None Of Your Buisness.mp3 | Salt 'n' Pepa | 3,328KB | Audio |
| Manda@KaZaA | En Vougue-Whata Man.mp3 | Salt'n'Pepa with En Vougue | 3,819KB | Audio |
| Manda@KaZaA | Salt and Peppa -- Lets Talk About Sex.mp3 | Salt-N-Pepa | 5,349KB | Audio |
| Manda@KaZaA | Salt and Peppa - Short dick.man.mp3 | Salt N Pepa | 2,742KB | Audio |
| Manda@KaZaA | Missy Ft Ludacris,Trina - One.minute man.mp3 | Missy Feat Ludacris _Trina | 4,148KB | Audio |
| Manda@KaZaA | Missy Elliot Ft. Ludacris _Jay Z - One Minute Man .mp3 | Missy Elliot ft.Jay-Z | 5,137KB | Audio |
| Manda@KaZaA | Salt and Pepper - Shoop.mp3 | Salt N Pepa | 3,886KB | Audio |
| Manda@KaZaA | Mya _Beanie Man - If I could Be Your Girl.mp3 | Mya _Beanie Man | 1,752KB | Audio |
| Manda@KaZaA | Ol Dirty Bastard _Jerky Boys - Bitches (1).mp3 | ICP | 3,629KB | Audio |
| Manda@KaZaA | Bowling for Soup -- Girl All the Bad Guys Want.mp3 | Bowling for Soup | 4,850KB | Audio |
| Manda@KaZaA | bowling for soup - Greatest Day.mp3 | Bowling for Soup | 3,174KB | Audio |
| Manda@KaZaA | Nas-One Mic.mp3 | Nas-05-one_mic-rns | 4,336KB | Audio |
| Manda@KaZaA | 50 cent Featuring DMX.mp3 | Lil Wayne Diss Nas | 2,885KB | Audio |
| 2 Users | Hatebreed - Perseverance (1).mp3 | Hatebreed | 2,201KB | Audio |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Traffic  Shop  Tell A Friend

New search  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| 2 Users | | | | |
| Manda@KaZaA | Hatebreed - Perseverance (1).mp3 | Hatebreed | 2,201KB | Audio |
| Manda@KaZaA | AFI - The Lost Souls.mp3 | AFI | 2,540KB | Audio |
| Manda@KaZaA | Mariah Carey ft Joe _Nas - Thank God I Found You (Remix.... | Mariah Carey feat Joe _... | 4,802KB | Audio |
| Manda@KaZaA | Korn_Kittie - This Town.mp3 | Korn_Kittie | 3,339KB | Audio |
| Manda@KaZaA | Cyprus Hill - Roll It Up, Light It Up, Smoke It Up.mp3 | Cypress Hill | 2,925KB | Audio |
| Manda@KaZaA | Eminems Mother-Dear Eminem.mp3 | Eminem's Mom | 4,599KB | Audio |
| Manda@KaZaA | ICP, Ice Cube, Cypress Hill..... - Fuck Tha Police.mp3 | ICP, Ice Cube, Cypress Hill.. | 4,775KB | Audio |
| Manda@KaZaA | Cypress Hill - Dr. Greenthumb.mp3 | Cypress Hill | 4,136KB | Audio |
| Manda@KaZaA | Rap Superstar (Prizefighter remix).mp3 | Cypress Hill ft. DMX | 4,408KB | Audio |
| Manda@KaZaA | Trapt - Made Of Glass.mp3 | Trapt | 3,333KB | Audio |
| Manda@KaZaA | Uncle Kracker - Drift Away.mp3 | Uncle Kracker | 3,999KB | Audio |
| Manda@KaZaA | lil_kim-magic_stick_(feat_50_cent).mp3 | Lil' Kim | 8,439KB | Audio |
| Manda@KaZaA | Fabolous ft.mp3 | Fabolous | 4,274KB | Audio |
| Manda@KaZaA | Coolio - Gangstas Paradise.mp3 | Coolio | 3,773KB | Audio |
| Manda@KaZaA | 50cent - Ya Heard Me (1).mp3 | 50 Cent | 3,652KB | Audio |
| Manda@KaZaA | Nelly - Country Grammar.mp3 | Nelly | 4,049KB | Audio |
| Manda@KaZaA | Back That Thing Up (Clean Radio Edit) - Juvenile_Mannie ... | Juvenile | 1,913KB | Audio |
| Manda@KaZaA | The Used - The Taste Of Ink (1).mp3 | The Used | 3,445KB | Audio |
| Manda@KaZaA | Rap-Too Short_Call Me.mp3 | Too Short _Lil' Kim | 4,693KB | Audio |
| Manda@KaZaA | Good Charlotte - Lifestyles Of The Rich And Famous.mp3 | Good Charlotte | 4,485KB | Audio |

3,075,436 users online, sharing 557,891,312 files (4,36... Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Manda@KaZaA | Good Charlotte - Lifestyles Of The Rich And Famous.mp3 | Good Charlotte | 4,485KB | Audio |
| Manda@KaZaA | rap unreleased - 2 pac  too short _mc breed.mp3 | rap unreleased | 4,536KB | Audio |
| Manda@KaZaA | Simple Plan - I'd do anything.mp3 | Simple Plan | 3,081KB | Audio |
| Manda@KaZaA | A New Found Glory - I Don't Wanna Miss a Thing.mp3 | A New Found Glory | 2,349KB | Audio |
| Manda@KaZaA | Red Hot Chili Peppers - By The Way.mp3 | Red Hot Chili Peppers | 3,378KB | Audio |
| Manda@KaZaA | Offspring - I Want You Bad.mp3 | The Offspring | 3,207KB | Audio |
| Manda@KaZaA | Good Charlotte - Little Things.mp3 | Good Charolette | 2,939KB | Audio |
| Manda@KaZaA | TRUSTcompany - 04 - Running From Me.mp3 | TRUSTcompany | 4,411KB | Audio |
| Manda@KaZaA | Nas - I Am - 14 - Kissing.mp3 | Nas feat. R. Kelly | 3,994KB | Audio |
| Manda@KaZaA | 2Pac - Better Dayz - CD 2 - 10 - There U Go.mp3 | 2Pac | 7,745KB | Audio |
| Manda@KaZaA | 01-fabolous-cant_let_you_go_feat_lil_mo_mike_shorey_(... | Fabulous Feat. Lil Moe | 5,212KB | Audio |
| Manda@KaZaA | 01-american_hi-fi-the_art_of_losing_(radio_edit)-ksi.mp3 | American Hi-Fi | 4,743KB | Audio |
| Manda@KaZaA | Bon Jovi - Livin' On A Prayer.mp3 | Bon Jovi | 3,968KB | Audio |
| Manda@KaZaA | Bon Jovi - Its My Life.mp3 | Bon Jovi | 5,309KB | Audio |
| Manda@KaZaA | Bon Jovi - You Give Love A Bad Name.mp3 | Bon Jovi | 3,031KB | Audio |
| Manda@KaZaA | Bon Jovi - Misunderstood.mp3 | Bon Jovi | 3,227KB | Audio |
| Manda@KaZaA | Metallica - Master Of Puppets.mp3 | Metallica | 8,051KB | Audio |
| Manda@KaZaA | Bon Jovi - Wanted Dead Or Alive.mp3 | Bon Jovi | 4,848KB | Audio |
| Manda@KaZaA | Goo Goo Dolls - Iris.mp3 | Goo Goo Dalls | 4,000KB | Audio |
| Manda@KaZaA | Blindside- 04 - Cute Boring Love.mp3 | Blindside | 3,387KB | Audio |

Found 1,386 files | 3,075,436 users online, sharing 557,891,312 files (4,36 [ Not sharing any files

Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download   Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Manda@KaZaA | Blindside- 04- Cute Boring Love.mp3 | Blindside | 3,387kB | Audio |
| Manda@KaZaA | Trapt - 06 - Echo.mp3 | Trapt | 3,934kB | Audio |
| Manda@KaZaA | 14-50_cent-21_questions_(feat_nate_dogg)-rns.mp3 | 50 Cent | 5,261kB | Audio |
| Manda@KaZaA | Kurupt - Crip Walk.mp3 | Bloods And Crips | 4,870kB | Audio |
| Manda@KaZaA | Bloods - Rip A Crab In Half.mp3 | Bloods And Crips | 3,749kB | Audio |
| Manda@KaZaA | bloods and crips - Piru Love Remix.mp3 | Bloods and Crips | 4,235kB | Audio |
| Manda@KaZaA | Bone Thugs-N-Harmony - Weed Song.mp3 | Bone Thugs and Harmony | 2,400kB | Audio |
| Manda@KaZaA | BONE THUG N' HARMONY - CROSSROAD.MP3 | Bone Thugs and Harmony | 3,581kB | Audio |
| Manda@KaZaA | Nation Wide Crips - Crip Song (with Kurupt of DPG).mp3 | bloods and crips | 1,964kB | Audio |
| Manda@KaZaA | Bone Thugs N Harmony - Buddah Lovaz.mp3 | Bone Thugs and Harmony | 4,429kB | Audio |
| Manda@KaZaA | Bloods_Crips - Bangin On Wax.mp3 | Bloods And Crips | 2,661kB | Audio |
| Manda@KaZaA | Bone Thuggs n Harmony - Let's Ride_Get High.mp3 | Bone Thugs and Harmony | 5,762kB | Audio |
| Manda@KaZaA | Bloods And Crips - Crip, Crip, Crip.mp3 | Bloods And Crips | 4,542kB | Audio |
| Manda@KaZaA | bone thugs n harmony - thug mentality.mp3 | Bone Thugs and Harmony | 3,361kB | Audio |
| Manda@KaZaA | Biggie N Bone.Thugs - Let's Ride.mp3 | Bone Thugs and Harmony | 5,744kB | Audio |
| Manda@KaZaA | Notorious Big ft Bone Thugs - Notorious Thugs.MP3 | bone thugs and harmony | 4,087kB | Audio |
| Manda@KaZaA | Bone Thugz 'n Harmony - Foe Tha Love Of $.mp3 | Bone Thugs and Harmony | 4,256kB | Audio |
| Manda@KaZaA | Bone Thugs and Harmony - First Of Da Month.mp3 | Bone Thugs and Harmony | 4,915kB | Audio |
| Manda@KaZaA | dream theater - a change of seasons.mp3 | Dream Theatre | 21,699kB | Audio |
| Manda@KaZaA | Dream Theater - The Glass Prison.mp3 | Dream Theater | 12,930kB | Audio |

3,075,436 users online, sharing 557,891,312 files (4,336 Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic. | Shop | Tell A Friend

New search    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Manda@KaZaA | Dream Theater - The Glass Prison.mp3 | Dream Theater | 12,930KB | Audio |
| Manda@KaZaA | City High - Caramel (1).mp3 | City High | 2,526KB | Audio |
| Manda@KaZaA | Mariah Carey - Always Be My Baby.mp3 | Mariah Carey | 4,029KB | Audio |
| Manda@KaZaA | (04) Mariah Carey - Yours.wma | Mariah Carey | 3,029KB | Audio |
| Manda@KaZaA | Uncle Kracker - Follow Me.mp3 | Uncle Kracker | 5,028KB | Audio |
| Manda@KaZaA | master-p - oowee.mp3 | master-p | 3,988KB | Audio |
| Manda@KaZaA | Trance Control - Techno Water Rave.mp3 | Techno - Hardhouse - DJ … | 3,132KB | Audio |
| Manda@KaZaA | Lonestar - I'm Allready There.mp3 | Lonestar - | 3,966KB | Audio |
| Manda@KaZaA | Method Man and Redman - How High Part_2.mp3 | How High Soundtrack | 3,803KB | Audio |
| Manda@KaZaA | Metallica - Sanitarium.mp3 | Metallica | 6,011KB | Audio |
| Manda@KaZaA | Nelly - Pimp Juice.mp3 | 06_nelly_pimp_juice_rns | 4,583KB | Audio |
| Manda@KaZaA | chopper - Choppa Style (Remix).mp3 | chopper - Choppa Style (… | 4,546KB | Audio |
| Manda@KaZaA | 98 Degrees - My Everything.mp3 | 98 Degrees | 3,611KB | Audio |
| Manda@KaZaA | Madonna - Like a Prayer.mp3 | Madonna | 4,807KB | Audio |
| Manda@KaZaA | ICP - Eminem's Mom.mp3 | ICP | 1,011KB | Audio |
| Manda@KaZaA | Method Man_Redman - Da Rockwilder.mp3 | how high soundtrack | 2,149KB | Audio |
| Manda@KaZaA | Tim McGraw - Baby Im Amazed By You.mp3 | Lone Star | 4,152KB | Audio |
| Manda@KaZaA | Comady (Weird Al) Ugly Girl [Aqua - Barbie Girl Parody).mp3 | Weird Al Yankovic | 1,026KB | Audio |
| Manda@KaZaA | Aqua - Barbie Girl.mp3 | Aqua | 3,031KB | Audio |
| Manda@KaZaA | aqua - The Gay Barbie Song.mp3 | Aqua | 1,334KB | Audio |

Found 1306 files          3,075,436 users online, sharing 557,891,312 files (4,386 [Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Manda@KaZaA | aqua - The Gay Barbie Barbie Song.mp3 | Aqua | 1,334KB | Audio |
| Manda@KaZaA | Aqua - Barbie Girl (Japanese) (1).mp3 | Aqua | 2,942KB | Audio |
| Manda@KaZaA | Aqua - Barbie Girl (German Version) (Funny as HELL).mp3 | Aqua | 3,139KB | Audio |
| Manda@KaZaA | Jewel-New Album-Intuition-01 (2).mp3 | Jewel | 5,442KB | Audio |
| Manda@KaZaA | Agent Felix - Baby Got Back.mp3 | Agent Felix | 2,809KB | Audio |
| Manda@KaZaA | Agent Felix - I want out.mp3 | Agent Felix | 3,011KB | Audio |
| Manda@KaZaA | agent Felix - 90210 finally got cancelled.mp3 | Agent Felix | 3,019KB | Audio |
| Manda@KaZaA | Agent Felix - Trying to be Cool.mp3 | Agent Felix | 2,134KB | Audio |
| Manda@KaZaA | agent Felix - whatever goodnight.mp3 | Agent Felix | 2,689KB | Audio |
| Manda@KaZaA | Agent Felix - She Never Named It.mp3 | Agent Felix | 2,337KB | Audio |
| Manda@KaZaA | Agent Felix - Dont.mp3 | Agent Felix | 1,945KB | Audio |
| Manda@KaZaA | Shes_Dreaming.mp3 | Agent Felix | 2,223KB | Audio |
| Manda@KaZaA | But_Not_Enough.mp3 | Agent Felix | 2,781KB | Audio |
| Manda@KaZaA | POD - Youth Of The Nation.mp3 | P.O.D. | 5,066KB | Audio |
| Manda@KaZaA | Meatloaf - Paradise By The Dashboard Light.mp3 | Meat Loaf | 7,952KB | Audio |
| Manda@KaZaA | Meatloaf - Two Out Of Three Ain't Bad.mp3 | Meatloaf | 5,099KB | Audio |
| Manda@KaZaA | Meatloaf - Bat Out Of Hell.mp3 | Meatloaf | 9,263KB | Audio |
| Manda@KaZaA | POD - Alive (1) (1).mp3 | P.O.D. | 3,156KB | Audio |
| Manda@KaZaA | Incubus - Idiot Box.mp3 | Incubus | 3,858KB | Audio |
| Manda@KaZaA | Twizted What The Fuck(Extra Crispy Mix).mp3 | Twiztid | 3,645KB | Audio |

3,075,436 users online, sharing 557,891,312 files (4,36) Not sharing any files

Found 1,996 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New Search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Manda@KaZaA | Twizted What The Fuck(Extra Crispy Mix).mp3 | Twiztid | 3,645KB | Audio |
| Manda@KaZaA | Greatful Dead - Tennesse Jed Europe 72.mp3 | Greatful Dead | 6,726KB | Audio |
| Manda@KaZaA | Dj Sammy_Yanou - Heaven (candlelight mix).wma | Dj Sammy_Yanou | 4,766KB | Audio |
| Manda@KaZaA | ICP - Every Halloween.mp3 | Icp Twiztid ft.Blaze_M... | 1,443KB | Audio |
| Manda@KaZaA | Metallica - Ride the Lightning.mp3 | Metallica | 6,200KB | Audio |
| Manda@KaZaA | Insane Clown Posse_Twizted - Redneck Hoe 99.mp3 | ICP | 5,215KB | Audio |
| Manda@KaZaA | Twizted - People Are Strang.mp3 | Twiztid | 3,024KB | Audio |
| Manda@KaZaA | Bryan Adams - Heaven.mp3 | Bryan Adams | 3,773KB | Audio |
| Manda@KaZaA | Metallica - Enter Sandman.mp3 | Metallica | 5,180KB | Audio |
| Manda@KaZaA | 70s- Knock three Times.mp3 | Robert John | 2,878KB | Audio |
| Manda@KaZaA | POD - Rock The Party.mp3 | P.O.D. | 3,192KB | Audio |
| Manda@KaZaA | Pearl Jam - Last Kiss.mp3 | Pearl Jam | 2,971KB | Audio |
| 2 Users | Eminem - Cleaning Out My Closet (freestyle).mp3 | Eminem | 1,886KB | Audio |
| Manda@KaZaA | 05 - 50 Cent - Places To Go.mp3 | eminem__8 mile soundtra... | 5,979KB | Audio |
| Manda@KaZaA | 17 Lucy Woodward - Dumb Girls.mp3 | Lucy Woodward | 4,302KB | Audio |
| Manda@KaZaA | 116-r_kelly-snake_(feat_tigger)-0mni.mp3 | R. Kelly | 6,842KB | Audio |
| Manda@KaZaA | Dixie Chicks - Traveling Soldier.mp3 | Dixie Chicks | 4,228KB | Audio |
| Manda@KaZaA | Korn - Here To Stay 128kbs version.mp3 | Korn | 4,291KB | Audio |
| Manda@KaZaA | All My Life - KCi_JoJo.mp3 | KC and Jo Jo | 3,451KB | Audio |
| Manda@KaZaA | Cindy Lauper - Girls Just Want To Have Fun.mp3 | Cindy Lauper | 3,662KB | Audio |

Found 3,306 files    3,075,436 users online, sharing 537,891,312 files (4,536 Not sharing any files

**kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Traffic   Shop   Tell A Friend

New search   Download   Search   Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Manda@KaZaA | Cindy Lauper - Girls Just Want To Have Fun.mp3 | Cindy Lauper | 3,682KB | Audio |
| Manda@KaZaA | Big Tymers - Track 07.mp3 | Big Tymers | 4,609KB | Audio |
| Manda@KaZaA | Jason Mraz - The Remedy.mp3 | Jason Mraz | 4,111KB | Audio |
| Manda@KaZaA | Album-MissIndependent.mp3 | Kelly Clarkson | 6,986KB | Audio |
| Manda@KaZaA | Limp Bizkit - Faith.mp3 | Limp Bizkit | 2,273KB | Audio |
| Manda@KaZaA | 11-linkin_park_-_nobodys_listening-ripper.mp3 | Linkin Park | 4,192KB | Audio |
| Manda@KaZaA | NonPoint-What A Day.mp3 | Nonpoint | 3,096KB | Audio |
| Manda@KaZaA | 12_WAYNE_WONDER_-_No_Lettin_Go-MDOVI.mp3 | WAYNE WONDER | 3,186KB | Audio |
| Manda@KaZaA | Dj Clue- Get Money 2002 - 14 - 50 cent-ft.loyd banks-frees.. | 50-CENT f/ G-UNIT | 1,687KB | Audio |
| Manda@KaZaA | Sugarcult - Bouncin Off The Walls Again.mp3 | Sugarcult | 2,436KB | Audio |
| Manda@KaZaA | Sugarcult - Daddy's little defect (1).MP3 | Sugarcult | 3,001KB | Audio |
| Manda@KaZaA | Eden's Crush - Get Over YourSelf.mp3 | Edens Crush | 3,112KB | Audio |
| Manda@KaZaA | Sir Mix Alot - I Like Big Butts.mp3 | Sir Mix Alot | 4,106KB | Audio |
| Manda@KaZaA | Tatu - All The Things She Said (1) (2).mp3 | Tatu | 5,037KB | Audio |
| Manda@KaZaA | blu_cantrell_feat (1).mp3 | Sean Paul and Blu Cantrell | 1,794KB | Audio |
| Manda@KaZaA | sugarcult - pretty girl (the way).mp3 | Sugarcult | 3,260KB | Audio |
| Manda@KaZaA | Tatu - Not Gonna Get Us.mp3 | Tatu | 6,213KB | Audio |
| Manda@KaZaA | Get Over It Soundtrack - sisqo and vitamin c get ove.mp3 | Get Over It Soundtrack | 3,270KB | Audio |
| Manda@KaZaA | 04-christina_aguilera-fighter-rns.mp3 | Christina Aguilera | 5,765KB | Audio |
| Manda@KaZaA | Jennifer Lopez feat.mp3 | J.Lo | 4,467KB | Audio |

Found 1386 files    3,075,436 users online, sharing 597,891,312 files (4,36  Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Traffic    Shop    Tell A Friend

New search    Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Manda@KaZaA | Jennifer Lopez feat.mp3 | J.Lo | 4,467KB | Audio |
| Manda@KaZaA | Christina Aguilera - Fighter [Sound Edited].mpg | Christina Aguilera | 41,595KB | Video |
| Manda@KaZaA | ce5.jpg | Christina Aguilera | 255KB | Image |
| Manda@KaZaA | Blindside - Painting.mp3 | Blindside | 3,378KB | Audio |
| Manda@KaZaA | DIWALI RIDDIM - Sean Paul - Get Busy.mp3 | Sean Paul | 3,357KB | Audio |
| Manda@KaZaA | Evanescence - Bring Me to Life.mp3 | Evanescence | 2,323KB | Audio |
| Manda@KaZaA | Its_About_Time.mp3 | Lillix | 3,458KB | Audio |
| Manda@KaZaA | TRUSTcompany - Hover.mp3 | TRUST Company | 3,578KB | Audio |
| Manda@KaZaA | Christina Aguilera _RedMan - Dirty.mpg | Christina Aguilera _Red... | 48,082KB | Video |
| 2 Users | Sun don't shine.mp3 | State Property Niggaz | 3,980KB | Audio |
| Manda@KaZaA | 06 - boys and girls.mp3 | Good Charlotte | 4,288KB | Audio |
| Manda@KaZaA | 09 - _International_Hustler.mp3 | Freeway | 4,989KB | Audio |
| Manda@KaZaA | Christina Aguilera6.jpg | Christina Aguilera | 90KB | Image |
| Manda@KaZaA | 10-50_cent-back_down-rns.mp3 | 50 Cent | 5,696KB | Audio |
| Manda@KaZaA | City High - City High - 08 - Best Friends.mp3 | City High | 4,598KB | Audio |
| Manda@KaZaA | Noreaga - Superthug.mp3 | Noreaga | 4,497KB | Audio |
| Manda@KaZaA | 01-trust company-downfall (real one).mp3 | TRUSTcompany | 2,971KB | Audio |
| Manda@KaZaA | Adema - The Way You Like It.mp3 | Adema | 3,459KB | Audio |
| Manda@KaZaA | 02-amanda_perez-angel_hot_remix-xxl.mp3 | Amanda Perez | 6,681KB | Audio |
| Manda@KaZaA | Adema - Giving In.mp3 | Adema | 3,675KB | Audio |

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Manda@KaZaA | Adema - Giving In.mp3 | Adema | 3,675KB | Audio |
| Manda@KaZaA | Disturbed05Remember-New.mp3 | Disturbed | 3,711KB | Audio |
| Manda@KaZaA | Chicago - Your My Inspiration.mp3 | Chicago | 3,604KB | Audio |
| Manda@KaZaA | Mariah Carey - Heartbreaker.mp3 | Mariah Carey | 4,494KB | Audio |
| Manda@KaZaA | Loverboy (1).mp3 | Mariah Carey | 3,121KB | Audio |
| Manda@KaZaA | NIRVANA - rapé me.mp3 | NIRVANA | 2,301KB | Audio |
| Manda@KaZaA | Nirvana - All Apologies.mp3 | Nirvana | 4,113KB | Audio |
| Manda@KaZaA | Avril Lavigne - Let Go - 01 - Losing Grip.MP3 | Avril Lavigne | 3,646KB | Audio |
| Manda@KaZaA | Michelle Branch - Goodbye To You - The Spirit Room.mp3 | Michelle Branch | 3,926KB | Audio |
| Manda@KaZaA | Michelle Branch - Everywhere.mp3 | michel branch | 3,437KB | Audio |
| Manda@KaZaA | Vitamin C--Graduation Song.mp3 | Vitamin C | 3,983KB | Audio |
| Manda@KaZaA | Avril Lavigne - Complicated (2).mp3 | Avril Lavigne | 3,836KB | Audio |
| Manda@KaZaA | hoobastank - losing my grip.mp3 | Hoobastank | 5,529KB | Audio |
| Manda@KaZaA | michelle branch - All You Ever Wanted.mp3 | Michelle Branch | 3,402KB | Audio |
| Manda@KaZaA | Audioslave - Like a Stone.mp3 | Audioslave | 4,538KB | Audio |
| Manda@KaZaA | Finch - Project Mayhem.mp3 | Finch | 5,366KB | Audio |
| Manda@KaZaA | finch- letterstoyou.mp3 | finch | 3,252KB | Audio |
| Manda@KaZaA | Keith Sweat - Twisted.mp3 | Keith Sweat | 3,931KB | Audio |
| Manda@KaZaA | Jenifer Lopez - sexy shot 18.jpg | Jennifer Lopez | 84KB | Image |
| Manda@KaZaA | Nappy Roots-Watermelon, Chicken_Gritz-Heads Up-2002... | Nappy Roots | 3,873KB | Audio |

Found : 386 files.

3,075,436 users online, sharing 557,891,312 files (4,36 | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Manda@KaZaA | Nappy Roots-Watermelon, Chicken _Gritz-Heads Up-2002… | Nappy Roots | 3,873KB | Audio |
| Manda@KaZaA | ICP_Twizted - Spin The Bottle.mp3 | ICP | 3,963KB | Audio |
| Manda@KaZaA | Charli Baltimore.jpg | CHARLIE BALTIMORE | 23KB | Image |
| Manda@KaZaA | Slipknot - My Plague.mp3 | Slipknot | 3,428KB | Audio |
| Manda@KaZaA | buju baton - Action (Nadine Sutherland _Terror Fabulous)… | Terror Fabulous f. Nadine | 3,168KB | Audio |
| Manda@KaZaA | Ashanti - 11 - Movies - music-madness.mp3 | Ashanti | 2,432KB | Audio |
| Manda@KaZaA | Kottonmouth Kings - Tangerine Sky.mp3 | Kottonmouth Kings | 3,975KB | Audio |
| Manda@KaZaA | Boy Sets Fire-Tomorrow Comes Today-last years nest.mp3 | Boy Sets Fire | 5,657KB | Audio |
| Manda@KaZaA | Jurassic Five - Jurass Finish First.mp3 | Jurassic Five | 4,302KB | Audio |
| Manda@KaZaA | CKY - Right Here In My Arms.MP3 | HIM | 2,854KB | Audio |
| Manda@KaZaA | cky - Flesh Into Gear (1).mp3 | CKY | 2,913KB | Audio |
| Manda@KaZaA | 01-ludacris-act_a_fool_(dirty)-wcr.mp3 | Ludacris | 6,289KB | Audio |
| Manda@KaZaA | Lady Saw - If I was a Rich Girl.mp3 | Lady Saw | 3,686KB | Audio |
| Manda@KaZaA | Boston - Amanda (1).mp3 | Boston | 4,011KB | Audio |
| Manda@KaZaA | Lumidee - Oh- oh.wma | lumidee | 3,439KB | Audio |
| Manda@KaZaA | 04-sean_paul-like_glue-jah.mp3 | Sean_Paul | 5,495KB | Audio |
| Manda@KaZaA | Track.26.MP3 | Sean Paul _Bounty Killer | 2,847KB | Audio |
| Manda@KaZaA | eminem - hailie's song (real full version).mp3 | Eminem | 5,018KB | Audio |
| Manda@KaZaA | Eminem - 04 - Cleanin Out My Closet - music-madness.mp3 | Eminem | 2,908KB | Audio |
| Manda@KaZaA | 08-jurassic_5-whats_golden-esc.mp3 | Jurassic 5 | 4,399KB | Audio |

Found 1,396 files    8,075,496 users online, sharing 557,891,312 files (4,36...) Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Manda@KaZaA | 08-jurassic_5-whats_golden-esc.mp3 | Jurassic 5 | 4,399kB | Audio |
| Manda@KaZaA | Creed - My Sacrifice (the real one).MP3 | Creed | 4,545kB | Audio |
| Manda@KaZaA | Jenifer Lopez - Waiting For Tonight.mpeg | J-Lo | 49,130kB | Video |
| Manda@KaZaA | Creed - 09 - Hide.mp3 | Creed | 4,666kB | Audio |
| Manda@KaZaA | trina – b r right.mpg | Trina | 41,076kB | Video |
| Manda@KaZaA | finch – the new kid.mp3 | Finch | 3,971kB | Audio |
| Manda@KaZaA | Finch - What Is It To Burn.mp3 | Finch | 4,574kB | Audio |
| Manda@KaZaA | Finch - What it is to Burn - New Beginnings.mp3 | Finch | 4,375kB | Audio |
| Manda@KaZaA | Finch -Perfection Through Silence.mp3 | Finch | 3,072kB | Audio |
| Manda@KaZaA | Michelle Branch - Are You Happy Now (2).mp3 | Michelle Branch | 3,618kB | Audio |
| Manda@KaZaA | Creed - Higher.mp3 | Creed | 4,977kB | Audio |
| Manda@KaZaA | Never leave-Lumidee.mp3 | wayne wonder, sean paul.. | 3,210kB | Audio |
| Manda@KaZaA | Young Bloodz - Shakem' Off.mp3 | Young Bloods | 2,596kB | Audio |
| Manda@KaZaA | Blue Cantrell feat Sean Paul - Breathe.mp3 | Blue Cantrell Feat Sean P … | 3,532kB | Audio |
| Manda@KaZaA | 21-50_cent-g-unit_city-wcr.mp3 | 50 Cent | 5,128kB | Audio |
| Manda@KaZaA | Ashanti - Rock With You (1).mp3 | Ashanti | 4,971kB | Audio |
| Manda@KaZaA | 50 Cent - G-Unit (1) (1).mp3 | 50 Cent ft. G-Unit | 4,208kB | Audio |
| Manda@KaZaA | After My Cheddar (Luv You Better Rm).mp3 | 50 Cent ft. G-Unit | 2,446kB | Audio |
| Manda@KaZaA | Finch - Stay With Me.mp3 | Finch | 3,824kB | Audio |
| Manda@KaZaA | Korn - Freak On A Leash.mp3 | Korn | 3,961kB | Audio |

Found 1,386 files

# kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Manda@KaZaA | Korn – Freak On A Leash.mp3 | Korn | 3,981KB | Audio |
| Manda@KaZaA | The Used - Box Full Of Sharp Objects.mp3 | The Used | 2,752KB | Audio |
| Manda@KaZaA | Red Hot Chili Peppers - Tearjerker.mp3 | Red Hot Chili Peppers | 4,058KB | Audio |
| Manda@KaZaA | Lox - Wild Out.mp3 | Lox | 4,869KB | Audio |
| Manda@KaZaA | 04 - D Block - The Lox _J. Hood.mp3 | The Lox _J. Hood | 4,713KB | Audio |
| Manda@KaZaA | 07-jayz_ft_freeway-8_miles_and_runnin-rns.mp3 | Jay-Z FT Freeway | 5,817KB | Audio |
| Manda@KaZaA | Black Rob feat. DMX _Ruff Ryders - Like Woah.mp3 | Black Rob feat. DMX _Ru… | 4,023KB | Audio |
| Manda@KaZaA | 06-g-unit-g_unit_soldiers-4hm.mp3 | G-Unit | 1,383KB | Audio |
| Manda@KaZaA | Bloods And Crips - BANGIN ON WAX - 03 - Shuda Beena B-… | Bloods And Crips | 3,309KB | Audio |
| Manda@KaZaA | Van Morisson - Brown Eyed Girl.mp3 | Van Morisson | 2,865KB | Audio |
| 2 Users | Mya feat. Jadakiss - Best Of Me.mp3 | Mya feat. Jadakiss | 4,025KB | Audio |
| Manda@KaZaA | 50 Cent - 07 - Cocaine Dreams Feat. G-Unit – simplemp3s.… | 50 Cent | 3,414KB | Audio |
| Manda@KaZaA | B2K ft P. Diddy - Bump, Bump, Bump(1)(1)(1).mp3 | Sean Paul Ft. Shaggy | 5,482KB | Audio |
| Manda@KaZaA | 02-50_cent-what_up_gangsta-rns.mp3 | 50 Cent | 4,206KB | Audio |
| Manda@KaZaA | DJ Kool - Let Me Clear My Throat.mp3 | DJ Kool | 4,557KB | Audio |
| Manda@KaZaA | Project P&t - Cuz Im A Thug.mp3 | Trick Daddy | 3,972KB | Audio |
| Manda@KaZaA | taproot-poem (1).mp3 | Taproot | 3,031KB | Audio |
| Manda@KaZaA | Sean Paul - Strategy.mp3 | Sean Paul | 3,328KB | Audio |
| Manda@KaZaA | 08-stone_sour_-_bother-qtxmp3.mp3 | Stone Sour | 5,636KB | Audio |
| Manda@KaZaA | No Doubt - Dont Speak.mp3 | No Doubt | 4,179KB | Audio |

13,075,436 users online, sharing 557,891,312 files (4,756 … ) Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| Manda@KaZaA | No Doubt - Dont Speak.mp3 | No Doubt | 4,179KB | Audio |
| Manda@KaZaA | No Doubt - Rock Steady - 09 - Running.mp3 | No Doubt | 5,666KB | Audio |
| Manda@KaZaA | No Doubt - Just A Girl.mp3 | No Doubt | 3,327KB | Audio |
| 2 Users | Box Car Racer - I Feel So.mp3 | Blink 182 | 3,261KB | Audio |
| Manda@KaZaA | Box Car Racer - All Systems Go.mp3 | Box Car Racer | 3,060KB | Audio |
| Manda@KaZaA | Taproot - 1 Nite Stand.mp3 | Box Car Racer | 3,454KB | Audio |
| Manda@KaZaA | No Doubt - 05 - Underneath It All - simplemp3s.mp3 | Taproot | 5,914KB | Audio |
| Manda@KaZaA | superman(dirty)-the_eminem_show(real)-.mp3 | No Doubt | 5,183KB | Audio |
| Manda@KaZaA | sum 41 - still waiting.mp3 | Eminem | 2,450KB | Audio |
| Manda@KaZaA | lil flip - The Way We Ball.mp3 | Sum 41 | 4,456KB | Audio |
| Manda@KaZaA | Jayz-where im from.mp3 | Lil Flip | 4,168KB | Audio |
| Manda@KaZaA | jermaine dupri - Welcome to atlanta.mp3 | Jay-Z | 4,852KB | Audio |
| Manda@KaZaA | Fabolus and Nate Dogg- I Got Love.mp3 | Jermaine Dupri ft. Ludacris | 3,725KB | Audio |
| Manda@KaZaA | 3 Doors Down - When I'm Gone (Live, Milwaukee).MP3 | Nate Dogg | 3,778KB | Audio |
| Manda@KaZaA | 04-50_cent-many_men_(wish_death)-rns.mp3 | Three Doors Down | 6,006KB | Audio |
| Manda@KaZaA | Swisha House - Fuck Action 32 - 09 - Amanda Perez - Send... | 50 Cent | 6,208KB | Audio |
| Manda@KaZaA | 01-3_doors_down-when_im_gone_(album_version)-edm (1... | amanda perez | 5,884KB | Audio |
| Manda@KaZaA | Kelly Clarkson - Miss Independent (REAL FULL VERSION).m... | 3 Doors Down | 4,359KB | Audio |
| Manda@KaZaA | 05-Na Meran Ya Heard by_Nore.mp3 | Kelly Clarkson | 4,103KB | Audio |
| Manda@KaZaA | 10-freeway_ft_50_cent_nore-wishin_on_a_star_(lantern_... | NOREAGA | 3,132KB | Audio |
| | | 50 cent ft. freeway, nore... | | |

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    🔍    🔍 Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Manda@KaZaA | 10-freeway_ft_50_cent_nore-wishin_on_a_star_(lantern_... | 50 cent ft. freeway, nore... | 3,132kB | Audio |
| Manda@KaZaA | DJ FERDI ZELYUT--mijn bobbeling.mp3 | Mr Vegas | 4,282kB | Audio |
| Manda@KaZaA | 05-jahiem-put_that_woman_first_(album_version)-aaf.mp3 | Jahiem | 5,750kB | Audio |
| Manda@KaZaA | 01-bow_wow_feat_baby-lets_get_down-apc.mp3 | Bow Wow | 6,055kB | Audio |
| Manda@KaZaA | Nicole~ Ying Yang Twins say i yi yi (dirty).mp3 | Ying Yang Twins | 4,228kB | Audio |
| Manda@KaZaA | 07-ying_yang_twins-naggin-cms.mp3 | Ying Yang Twins | 6,208kB | Audio |
| Manda@KaZaA | Crazy In Love.mp3 | Beyoncé Knowles feat. J... | 5,571kB | Audio |
| Manda@KaZaA | Jay-Z- Unplugged- Jigga What, Jigga Who.mp3 | jay z with the roots. | 2,409kB | Audio |
| Manda@KaZaA | Jay-Z - So Ghetto.mp3 | Jay-Z | 3,754kB | Audio |
| Manda@KaZaA | blueprint - jayz girlsgirlsgirls remix.mp3 | Jay-Z | 2,976kB | Audio |
| Manda@KaZaA | Pharrell ft Jay-Z - Frontin'.mp3 | Jay-Z | 5,207kB | Audio |
| Manda@KaZaA | Lindsey Lohan - Ultimate.mp3 | Lindsey Lohan | 2,922kB | Audio |
| Manda@KaZaA | Starting Line, The - Three's A Charm.mp3 | Starting Line, The | 3,983kB | Audio |
| Manda@KaZaA | Fob - Chinese Rap - Tie My Shoe.mp3 | FOB - Chinese Rap | 3,554kB | Audio |
| Manda@KaZaA | 10 - The Starting Line - Saddest Girl Story.mp3 | The Starting Line | 5,942kB | Audio |
| Manda@KaZaA | The Starting Line - Almost There Going Nowhere.mp3 | The Starting Line | 4,770kB | Audio |
| Manda@KaZaA | Taking back Sunday - You're So Last Summer.mp3 | Taking Back Sunday | 4,206kB | Audio |
| Manda@KaZaA | The Starting Line - The Drama Summer.mp3 | The Starting Line | 4,017kB | Audio |
| Manda@KaZaA | The Starting Line - Piano.mp3 | The Starting Line | 3,976kB | Audio |
| Manda@KaZaA | 16-eminem-when_the_music_stops-rns.mp3 | Eminem | 6,305kB | Audio |

Found 386 files.    3,075,436 users online, sharing 557,891,312 files (4,36...  Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | | Theater | Traffic | Shop | Tell A Friend

New search | Download | | Search | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Manda@KaZaA | 16-eminem-when_the_music_stops-rns.mp3 | Eminem | 6,305KB | Audio |
| Manda@KaZaA | 04 - eminem obie 50cent - love me.mp3 | Eminem | 4,230KB | Audio |
| Manda@KaZaA | Eminem_Snoop Dog - I Smoke Weed (Unreleased).mp3 | Eminem | 950KB | Audio |
| Manda@KaZaA | black eyed peas - wheres the love.mp3 | Black Eyed Peas Feat. Jus.. | 5,336KB | Audio |
| Manda@KaZaA | 07-jay-z-8_miles_and_running-lb (1).mp3 | Jay-Z_Freeway | 5,818KB | Audio |
| Manda@KaZaA | Christina Aguilera - Cant Hold Us Down (Feat Lil Kim).mp3 | Christina Aguilera Ft. Lil K... | 5,994KB | Audio |
| Manda@KaZaA | Jay Z - Big Pimpin.mp3 | JayZ | 1,556KB | Audio |
| Manda@KaZaA | Eminem-50Cent-Til_I_Collapse-Remix.mp3 | Eminem, 50 Cent, Nate D... | 5,021KB | Audio |
| Manda@KaZaA | Jay-Z - Big Pimpin.mp3 | Jay-Z | 4,498KB | Audio |
| Manda@KaZaA | Hot_Chocolate_-_I_belive_in_miracles.mp3 | Hot Chocolate | 3,340KB | Audio |
| Manda@KaZaA | Nelly - Shake Ya Tail Feathers (1).mp3 | Nelly P Diddy and Murphy... | 6,867KB | Audio |
| Manda@KaZaA | 07-50_cent_feat_snoop-pimp(remix)-wcr.mp3 | 50 cent Feat Snoop | 4,777KB | Audio |
| Manda@KaZaA | Jock Jams - vol. 5 - Various Artists - Nice And Slow (Remix) .. | Usher | 2,670KB | Audio |
| Manda@KaZaA | [tmd]black.hawk.down.ts.avi | Emenem | 2,738KB | Video |
| Manda@KaZaA | Garth 1BrooksZ - The Dance (1).mp3 | Garth Brooks | 2,586KB | Audio |
| Manda@KaZaA | HEAT-06 50 CENT-GET RICH OR DIE TRYIN.mp3 | 50 Cent | 4,853KB | Audio |
| Manda@KaZaA | Jagged Edge - Where The Party At [Remix].mp3 | Jagged Edge | 4,588KB | Audio |
| Manda@KaZaA | Jagged Edge - Where The Party At - XF.mpg | Jagged Edge (ft. Nelly) | 36,950KB | Video |
| Manda@KaZaA | Jay-Z - La La La [Kobra].mpg | Jay Z | 50,916KB | Video |
| Manda@KaZaA | Young Guns - Cant Stop, Wont Stop.mp3 | Young Guns | 5,205KB | Audio |

Found 1,386 files. | 3,075,436 users online, sharing 557,891,312 files (4,36 | Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Traffic   Shop   Tell A Friend

Download

New search   Search   Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Manda@KaZaA | Young Guns - Can't Stop, Won't Stop.mp3 | Young Guns | 5,205KB | Audio |
| Manda@KaZaA | You Dont Mean Anything.MP3 | Simple Plan | 1,010KB | Audio |
| Manda@KaZaA | lil flip the way we ball (1).mpeg | Tyrese | 2,314KB | Video |
| Manda@KaZaA | Red Hot Chili Peppers - City of Angels.mp3 | Red Hot Chili Peppers | 4,129KB | Audio |
| Manda@KaZaA | frankie j- dont wanna try.mpg | Frankie J | 3,866KB | Video |
| Manda@KaZaA | 09 - Idle Hands - Rancid.mp3 | Operation Ivy / Downfall /.. | 1,934KB | Audio |
| Manda@KaZaA | Rancid - Bob.mp3 | NOFX and Rancid | 1,932KB | Audio |
| Manda@KaZaA | Rancid- The Sentence.mp3 | Operation Ivy / Downfall /.. | 1,600KB | Audio |
| Manda@KaZaA | Pennywise-Nofx-Rancid.mp3 | Rancid | 2,680KB | Audio |
| Manda@KaZaA | Taking back Sunday - Cute Without The E (Cut From The T... | Taking Back Sunday | 3,342KB | Audio |
| Manda@KaZaA | marilyn_manson_-_the_golden_age_of_grotesque_(promo... | Marilyn Manson | 5,736KB | Audio |
| Manda@KaZaA | Red Hot Chili Peppers - Californication.mp3 | Red Hot Chili Peppers | 5,008KB | Audio |
| 2 Users | ICP - Mr Happy.mp3 | ICP | 4,429KB | Audio |
| Manda@KaZaA | O-Town - All Or Nothing.mp3 | o.town | 6,596KB | Audio |
| Manda@KaZaA | dmx - Slippin (Dirty Version).mp3 | DMX | 4,788KB | Audio |
| Manda@KaZaA | Offspring - Self Esteem.mp3 | Offspring | 4,032KB | Audio |
| Manda@KaZaA | Metallica - Whiskey In The Jar.mp3 | Metallica | 5,947KB | Audio |
| Manda@KaZaA | Mindless Self Indulgence - Faggot.mp3 | Mindless Self Indulgence | 2,552KB | Audio |
| Manda@KaZaA | eminem-the eminem show-superman New Album.mp3 | Eminem | 5,183KB | Audio |
| Manda@KaZaA | David Allan Coe - The Devil Went Down to Jamacia.mp3 | David Allan Coe | 5,076KB | Audio |

Found 1386 files   8,075,436 users online, sharing 597,891,312 files (4,36[ Not sharing any files

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web   |   My Kazaa   |   Theater   |   Search   |   Traffic   |   Shop   |   Tell A Friend

New search   |   Download   |   Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Manda@KaZaA | David Allan Coe - The Devil Went Down to Jamacia.mp3 | David Allan Coe | 5,076kB | Audio |
| Manda@KaZaA | Eminem - Superman.mp3 | Eminem | 8,211kB | Audio |
| Manda@KaZaA | Blaque - When The Last Teardrop Falls.mp3 | Blaque | 4,326kB | Audio |
| Manda@KaZaA | ginuwine - my whole life has changed.mp3 | Genuine | 4,159kB | Audio |
| 2 Users | mest featuring benji- jaded.mp3 | mest featuring benji mad... | 4,470kB | Audio |
| Manda@KaZaA | EMinem-Freestyle from movie 2.mp3 | Eminem | 1,363kB | Audio |
| Manda@KaZaA | korn-untouchables-alone-i-break.mp3 | KoRn | 3,999kB | Audio |
| Manda@KaZaA | C-Murder, Magic, DMX - Down For My Niggaz (Unreleased ... | C-Murder, Magic, DMX | 3,507kB | Audio |
| Manda@KaZaA | Disturbed - Voices.mp3 | Disturbed | 2,995kB | Audio |
| Manda@KaZaA | Mya - Ghetto Superstar.mp3 | Mya | 4,144kB | Audio |
| Manda@KaZaA | 09 - Disturbed - Believe - breathe.mp3 | Disturbed | 4,385kB | Audio |
| Manda@KaZaA | Korn_Limp Bizkit - All In The Family.mp3 | Korn | 4,502kB | Audio |
| Manda@KaZaA | Korn - Untouchables - Corners Of My Mind.mp3 | KoRn | 4,436kB | Audio |
| Manda@KaZaA | Korn_Bottled Up.mp3 | Korn | 5,152kB | Audio |
| Manda@KaZaA | 01-dmx-x_gonna_give_it_to_ya-0mrnl.mp3 | DMX | 5,242kB | Audio |
| Manda@KaZaA | Marylin Manson - The Beautiful People.mp3 | Marylin Manson | 3,473kB | Audio |
| Manda@KaZaA | Disturbed - Stupified.mp3 | Disturbed | 4,278kB | Audio |
| Manda@KaZaA | DMX - BRING YOUR WHOLE CREW.MP3 | DMX | 4,301KB | Audio |
| Manda@KaZaA | Marylin Manson - Sweet Dreams.mp3 | Marylin Manson | 4,584KB | Audio |
| Manda@KaZaA | Sum41 - Makes No Difference (1).mp3 | Sum 41 | 3,000KB | Audio |

Found 1,386 files       3,075,436 users online, sharing 557,891,312 files (4,36) [Not sharing any files]

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Manda@KaZaA | Sum41 - Makes No Difference (1).mp3 | Sum 41 | 3,000kB | Audio |
| Manda@KaZaA | Taproot - Eleven Months.mp3 | Taproot | 4,047kB | Audio |
| Manda@KaZaA | Rancid_Long Beach Dub Allstars - I Wanna Riot.mp3 | Rancid | 3,732kB | Audio |
| Manda@KaZaA | Pennywise - Fuck Authority.mp3 | Penny Wise | 3,065kB | Audio |
| Manda@KaZaA | Taproot - Art.mp3 | Taproot | 4,400kB | Audio |
| Manda@KaZaA | Rancid - Time Bomb.mp3 | Rancid | 1,969kB | Audio |
| Manda@KaZaA | Operation Ivy - Yelling In My Ear.mp3 | Operation Ivy | 1,458kB | Audio |
| Manda@KaZaA | Rancid - Dope Sick Girl.mp3 | Rancid | 2,104kB | Audio |
| Manda@KaZaA | Rancid - Young Al Capone.mp3 | Rancid | 1,783kB | Audio |
| Manda@KaZaA | Marvin Gaye - Ain't No Mountain High Enough.mp3 | Marvin Gaye | 2,306kB | Audio |
| Manda@KaZaA | Dashboard Confessional - So Impossible EP - Hands Down.... | Dashboard Confessional | 2,988kB | Audio |
| Manda@KaZaA | dashboard confessional - Again I Go Unnoticed (new).mp3 | Dashboard Confessional | 1,608kB | Audio |
| Manda@KaZaA | Dashboard Confessionals-This Brilliant Dance.mp3 | Dashboard Confessional | 2,849kB | Audio |
| Manda@KaZaA | 04.P.O.D - Youth Of The Nation.mp3 | P.O.D | 4,052kB | Audio |
| Manda@KaZaA | Dashboard Confessional - The Best Deceptions.mp3 | Dashboard Confessional | 3,984kB | Audio |
| Manda@KaZaA | Dashboard Confessionals - Living in Your Letters.mp3 | Dashboard Confessional | 3,444kB | Audio |
| Manda@KaZaA | P.O.D, - Satellite - 03 - Boom.mp3 | POD | 2,950kB | Audio |
| Manda@KaZaA | POD - School of Hard Knocks (1).mp3 | P.O.D. | 5,726kB | Audio |
| Manda@KaZaA | Choices Soundtrack- Project pat-Ridin' on Chrome.mp3 | Three Six Mafia | 3,930kB | Audio |
| Manda@KaZaA | Temptations - Build Me Up Buttercup.mp3 | Temptations | 2,773kB | Audio |

3,075,436 users online, sharing 537,891,312 files (4,236 [Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Traffic    Shop    Tell A Friend

New search    Download    Search    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Manda@KaZaA | Temptations - Build Me Up Buttercup.mp3 | Temptations | 2,773kB | Audio |
| Manda@KaZaA | Project Pat - Layin Da Smack Down - 12 Ass Clap.mp3 | Project Pat | 5,491kB | Audio |
| Manda@KaZaA | Ghetto Green - Project Pat - Ghetty Green - 14.mp3 | Project Pat. | 3,036kB | Audio |
| Manda@KaZaA | Project Pat ft. Luda- Dis Bitch, Dat Ho.MP3 | Three Six Mafia feat Luda... | 4,089kB | Audio |
| Manda@KaZaA | 03 - Box Car Racer - Watch The World.mp3 | Box Car Racer | 4,711kB | Audio |
| Manda@KaZaA | Homegrown - All That You Have.mp3 | Homegrown | 1,746kB | Audio |
| Manda@KaZaA | Three Six Mafia - Tear Da Club Up (original).mp3 | Triple Six Mafia | 3,673kB | Audio |
| Manda@KaZaA | Homegrown - She Said.mp3 | Home Grown | 3,278kB | Audio |
| Manda@KaZaA | Hatebreed - We Still Fight.mp3 | Hatebreed | 1,487kB | Audio |
| Manda@KaZaA | papa_roach-born_with_nothing,_die_with_everything.mp3 | Papa Roach | 3,602kB | Audio |
| Manda@KaZaA | Chad Kroeger - Hero .mp3 | Nickleback_Saliva | 3,156kB | Audio |
| Manda@KaZaA | Hatebreed - A Calf For Blood.mp3 | Hatebreed | 2,897kB | Audio |
| Manda@KaZaA | Nickelback - Too Bad.mp3 | Nickelback | 3,664kB | Audio |
| Manda@KaZaA | Rap - Tu Pac - all eyes on me.mp3 | TuPac | 4,522kB | Audio |
| Manda@KaZaA | Tupac - Changes.mp3 | 2pac | 4,208kB | Audio |
| Manda@KaZaA | 2 Pac  Thugs Mansion.mp3 | 2Pac | 3,854kB | Audio |
| Manda@KaZaA | Nickelback - This Is How You Remind Me - 320(2).mp3 | Nickleback | 9,609kB | Audio |
| Manda@KaZaA | Nicklaback - Silver Side Up - Too Bad.mp3 | Nickleback | 3,175kB | Audio |
| Manda@KaZaA | Nickelback - Never Again.mp3 | Nickleback | 4,110kB | Audio |
| Manda@KaZaA | Nickleback - 09 - Woke Up This Morning.mp3 | Nickleback | 3,632kB | Audio |

Found 1386 files    3,075,436 users online, sharing 557,891,312 files (4,36 [Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Search  Traffic  Shop  Tell A Friend

New search  Download  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Manda@KaZaA | Nickelback - 09 - Woke Up This Morning.mp3 | Nickelback | 3,632KB | Audio |
| Manda@KaZaA | Christmas Songs - Boyz II Men - Let It Snow.mp3 | Boys II Men | 3,918KB | Audio |
| Manda@KaZaA | Stuck Mojo - Hate Breed.mp3 | Stuck Mojo | 2,971KB | Audio |
| Manda@KaZaA | Christina Aguilera_Redman - Dirty.mp3 | Christina Aguilera | 3,840KB | Audio |
| Manda@KaZaA | Christina Aguilara - beautiful.mp3 | Christina Aguilara | 3,730KB | Audio |
| Manda@KaZaA | Cky - Brian's Freestyle.mp3 | Cky | 2,337KB | Audio |
| Manda@KaZaA | P. Diddy_Faith Evans - Ill Be Missing U.mp3 | Puff Daddy | 3,756KB | Audio |
| Manda@KaZaA | Tai Mai Shu - Got Rice.mp3 | Asian Pride | 1,382KB | Audio |
| Manda@KaZaA | Little Vicious featuring Doug E, Fresh - Freaks.mp3 | Lil Vicious feat. Dougie Fr... | 4,546KB | Audio |
| Manda@KaZaA | Dream - Pain.mp3 | Dream | 3,350KB | Audio |
| Manda@KaZaA | 13 - Incubus_Big Pun - Still Not a Playa.mp3 | Big Pun and Incubus | 3,194KB | Audio |
| Manda@KaZaA | Incubus - New Skin.mp3 | Incubus | 3,605KB | Audio |
| Manda@KaZaA | Hoobastank - Remember Me.mp3 | Hoobastank | 3,345KB | Audio |
| Manda@KaZaA | Hoobastank - Crawling In The Dark.MP3 | Hoobastank | 4,104KB | Audio |
| Manda@KaZaA | Deftones - My Own Summer.mp3 | Deftones | 5,025KB | Audio |
| Manda@KaZaA | Deftones - Back To School.mp3 | Deftones | 3,987KB | Audio |
| Manda@KaZaA | Deftones - Minus Blindfold.mp3 | Deftones | 3,816KB | Audio |
| Manda@KaZaA | Def Tones, Limp Bizkit, Korn - I Cant Take This.mp3 | Deftones | 3,164KB | Audio |
| Manda@KaZaA | Incubus - Drive.mp3 | Incubus | 3,623KB | Audio |
| Manda@KaZaA | Hoobastank - Running Away.mp3 | Hoobastank | 4,226KB | Audio |

3,075,436 users online, sharing 557,891,312 files (4,36...) Not sharing any files