AO 440  Summons in a Civil Action

# United States District Court
### DISTRICT OF MASSACHUSETTS

SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS, INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,

V.

DON D'MATO

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04-40166 FDS**

A TRUE COPY ATTEST

*Robert J. Pappo*

DEPUTY SHERIFF

TO:
DON D'MATO
15 Briarcliff Lane
Spencer, MA 01562

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

    COLIN J. ZICK
    GABRIEL M. HELMER
    FOLEY HOAG LLP
    155 Seaport Boulevard
    Boston, MA 02210-2600
    PHONE: (617) 832-1000
    FAX:   (617) 832-7000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

*Shelly Jones*

(BY) DEPUTY CLERK

8/25/04

DATE

AO 440 Summons in a Civil Action

## RETURN OF SERVICE



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

09/08/2004

I hereby certify and return that on 09/04/2004 at 01:00pm I served a true and attested copy of the Summons in a Civil Case and Complaint for Copyright Infringement, Exhibits A & B, Civil Cover Sheet, Attachment A, Attachment, Attachment A, Corporate Disclosure Statement in this action in the following manner: To wit, by delivering in hand to DON D'MATO at 15 BRIARCLIFF LN, SPENCER, MA. Fees: Service 20.00, Travel 22.46, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total fees: $52.96

Deputy Sheriff Robert J Zoppo

_____
Deputy Sheriff

☐ Other (specify) _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                          Signature of Server

_____
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.